# Exhibit 6

## GOOD GUY GUARANTY

Dated _____ ___, 2025

In consideration of the Agreement of Lease (the "**Lease**") dated _____, 2025, between Broadway 111th Street Associates, LLC ("**Landlord**") and Molly Tea CU LLC ("**Tenant**"), with respect to certain ground floor space and certain cellar space (known as Store #2 and 2857 Broadway), as more particularly described in the Lease, located at 2851-2859 Broadway a/k/a 600-608 West 111 Street, New York, New York (collectively, the "**Demised Premises**"), the undersigned (sometimes hereinafter collectively called "**Guarantor**") does hereby, on behalf of herself and her heirs, executors and administrators and successors and assigns, unconditionally guarantee (this "**Guaranty**") to Landlord and its executors, administrators, heirs and successors and assigns the full and timely payment, performance and observance of, and compliance with all of Tenant's obligations under the Lease, including, without limitation, the full and prompt payment of all Base rent, Additional Rent and all other charges and sums due and payable by Tenant under the Lease (including, without limitation, Landlord's reasonable attorneys' fees and disbursements) (collectively, the "**Obligations**") through and including the date that Tenant and its assigns and sublessee, if any, shall have completely performed all of the following: (i) provide written notice to Landlord (pursuant to the notice requirements in the Lease) of Tenant's intention to vacate and surrender the Demised Premises to Landlord no more than nine (9) months and no less than six (6) months prior to the date Tenant actually vacates and surrenders the Demised Premises; (ii) vacated and surrendered the Demised Premises to the Landlord pursuant to the terms of the Lease; (iii) delivered the keys to the Demised Premises to Landlord; and (iv) paid to Landlord all Obligations through and including the date which is the later of (x) the actual receipt by Landlord of the Obligations, (y) the surrender of the Demised Premises, or (z) receipt by Landlord of the keys to the Demised Premises. In addition to the foregoing, Guarantor does hereby, on behalf of herself and her heirs, executors and administrators and successors and assigns, unconditionally guarantee to Landlord and its executors, administrators, heirs and successors and assigns the payment of any amounts necessary to cure any liens related to alteration work performed by or on behalf of Tenant (the "**Additional Obligations**"). The undersigned waives any notice of nonpayment, non-performance, non-observance, or non-compliance, or proof, notice, or demand whereby to charge the undersigned. The undersigned hereby further expressly covenants and agrees that the obligation of the undersigned hereunder shall in no way be terminated or otherwise affected or impaired by reason of any assertion by Landlord against Tenant of any of the rights or remedies available to Landlord pursuant to the Lease or allowed at law or in equity.

This Guaranty is an absolute and unconditional guaranty of payment and performance. The undersigned hereby covenants and agrees to and with Landlord and its successors and assigns, that the undersigned may be joined in any action or proceeding against Tenant in connection with the Obligations and/or Additional Obligations, and that recovery may be had against the undersigned in such action or proceeding or in any independent action or proceeding against the undersigned without Landlord or its successors or assigns first pursuing or exhausting any remedy or claim against Tenant or its heirs, executors, administrators, successors or assigns or any other remedy or claim under any other security for, or guaranty of, the obligations of Tenant under the Lease.

1

I:\Users\DTaus\Cohen\600w111\Molly's Tea\ggg2

This Guaranty shall be a continuing guaranty and shall survive the expiration date or earlier termination of the Lease. The undersigned further covenants and agrees that this Guaranty shall not be affected or impaired by, and shall remain and continue in full force and effect as to any renewal, modification or extension of the Lease and as to any assignment or subletting and shall cover, apply to and incorporate all of the terms, covenants and conditions of all such renewals, modifications, extensions, assignments and sublettings without need of any notice to or consent of the undersigned.

In the event that Guarantor is more than one party, the obligations of said parties shall be joint and several. This Guaranty cannot be modified, waived or terminated unless such modification, waiver or termination is in writing, signed by Landlord.

As a further inducement to Landlord to make and enter into the Lease, Guarantor covenants and agrees that (i) in any action or proceeding brought in respect of this Guaranty, the undersigned hereby waives trial by jury, (ii) the Supreme Court of the State of New York of the County of New York (or, in a case involving diversity of citizenship, the United States District Court for the Southern District of New York) shall have jurisdiction of any action or proceeding and (iii) service of any summons and complaint or other process in any such action or proceeding may be made by certified mail directed to the undersigned at the address below set forth, personal service being hereby waived. This Guaranty shall be enforced and construed in accordance with the laws of the State of New York and shall be binding upon and inure to the benefit of Landlord and the undersigned and their respective heirs, executors, administrators, legal representatives, successors and assigns.

This Guaranty may be executed and delivered by electronic format (including DocuSign), by facsimile, or electronic transmission of a scanned image (in PDF format or otherwise) each of which, when so executed, shall be deemed an original and shall have the same force and effect as an originally executed document. Upon written request from Landlord, Guarantor will deliver a "hard" original signature copy of this Guaranty to Landlord, but the failure to do so will not affect or vitiate the viability of this Guaranty or the admissibility into evidence of the electronically transmitted counterpart.

Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Lease.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT
BLANK – SIGNATURE PAGE TO FOLLOW]**

I:\Users\DTaus\Cohen\600w111\Molly's Tea\ggg2

IN WITNESS WHEREOF, the undersigned has executed this Guaranty as of the date first above written.

Name: Mei Hui Lin
Address: ████████████        ████████████
SS#: ████████████

Name: Binbin Xu
Address: ████████    ████    ████
SS#: ████████████

Molly Tea Holding Inc.

Name: _____ zhuny Biuv
Title: owner
EIN: ████████████

STATE OF New York )
                            ) ss:
COUNTY OF Queens )

On the 8th day of January in the year 2026, before me, the undersigned, a Notary Public in and for said State, personally appeared Mei Hui Lin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

NOTARY PUBLIC

YIMIN CHEN
Notary Public, State of New York
Registration No. 02CH6315534
Qualified in Queens County
Commission Expires Nov. 24, 20___

STATE OF New York )
                            ) ss:
COUNTY OF Queens )

On the 8th day of January in the year 2026, before me, the undersigned, a Notary Public in and for said State, personally appeared Binbin Xu, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

NOTARY PUBLIC

3

YIMIN CHEN
Notary Public, State of New York
Registration No. 02CH6315534
Qualified in Queens County
Commission Expires Nov. 24, 20___

I:\Users\DTaus\Cohen\600w111\Molly's Tea\ggg2