# Exhibit 7

# AFFIDAVIT OF TRANSLATION

I, <u>Beini Zhang</u>, hereby declare that I am fluent in <u>English</u> and <u>Chinese</u>, and that this translation for the document from <u>Chinese</u> to <u>English</u> is a true, accurate and complete version of the original text to the best of my knowledge.

Dated:     Flushing, NY
           April 9, 2026

_____
Beini Zhang

Subscribed and sworn to before me
On this __9th__ day of __April__, 2026

_____
Notary Public

YIMIN CHEN
Notary Public, State of New York
Registration No.02CH6315534
Qualified in Queens County
My Commission Expires Nov 24, 2026

INDEX NO. 711066/2026
RECEIVED NYSCEF: 04/16/2026

# MOLLY TEA

**Molly Tea General Management Office**

**Notice Regarding Standardized Management of Existing Overseas Stores**

To the Overseas Business Division and All Functional Departments at Headquarters:

Since September 2024, Molly Tea (hereinafter referred to as "Headquarters") has successfully expanded to over 40 operating stores overseas. While rapidly advancing our business, Headquarters have strictly adhered to standards of compliance and transparency, continuously refining systems and regulations regarding financial standards, legal compliance, and operational management for our stores.

Since late last year, the Headquarters Compliance Department has identified issues at certain stores, including unclear accounting records, non-standard financial management, and failure to sign legal documents in a timely manner. The Overseas Business Division promptly notified these stores and repeatedly urged them to provide the required materials and cooperate with the verification process. As of today, the Compliance Department reports that some stores have yet to provide the relevant materials or sign agreements as required by Headquarters. In response to this situation, Headquarters have decided as follows:

1. Any store that fails to provide the financial information required by Headquarters or complete the signing of legal agreements necessary for store operations by April 15, 2026, Beijing Time, Headquarters will implement an indefinite closure of the respective stores effective 00:00 Beijing Time on April 16, 2026. The date for resuming operations will be determined only after Headquarters completes its historical review of the store's legal and financial matters and operational oversight.

2. The Headquarters' Finance and Legal Departments will fully cooperate with the Overseas Business Division to complete the review and assessment of the legal, financial, and

operational aspects of overseas stores by April 30, 2026, and issue rectification requirements to the relevant stores.

Molly Tea has always adhered to the cooperative philosophy of "win-win, fairness, mutual trust, and transparency" and the development principle of mutual growth principles of "win-win, fairness, mutual trust, and transparency." We welcome all partners who recognize our values, adhere to and implement the brand's management systems, and firmly believe in the brand's growth potential and long-term viability to grow with us. We will consistently uphold our commitment to the brand and our goals and policies for continuously improving operational management standards.

Headquarters understands the Overseas Business Division's original intent in conducting business, but we must once again emphasize that compliant operations and standardized governance must always be the top priority. Even when facing major development opportunities, compliance and established systems must always be prioritized. We must reject reckless expansion and practice modern corporate governance.

We hope all employees will always keep in mind the brand's spirit and original aspirations: "Take on difficult tasks, travel the long road. Enter through the narrow gate and see the faint light."

Molly Tea General Manager's Office

March 27, 2026

## MOLLY TEA                                茉莉奶白

<span style="color:red">茉莉奶白总经办

关于海外现有门店规范管理的通知</span>

茉莉奶白海外事业部、总部各职能部门：

自 2024 年 9 月以来，茉莉奶白（以下简称"总部"）在海外在营门店已成功超过 40 家。在业务迅速推进的同时，总部恪行合规、透明的管理标准，持续完善门店的财务规范、法律合规、运营管理的制度与规则。

总部合规部门自去年底发现，有部分门店存在账务不清晰、财务管理不规范、法律文件未及时签署等情况。海外事业部及时通知并多次催促门店提供所需材料，并配合核查工作。截至今日，合规部门反馈，仍有部分门店尚未按照总部要求提供相关材料或签署协议。对此情况，总部决定如下：

1、北京时间 2026 年 4 月 15 日前未能提供总部要求的财务信息、未完成签署门店营业所需要的法律协议的门店，总部自北京时间 2026 年 4 月 16 日 00:00 起对相应门店进行无限期闭店处理，直至总部完成对门店法律、财务的历史审核及运营督导工作后，再行确定门店恢复营业时间；

2、总部财务部、法律部将全力配合海外事业部，在 2026 年 4 月 30 日之前完成对海外门店法律、财务、运营的审核与复盘，并对相应门店提出整改要求。

茉莉奶白向来奉行"共赢、公正、互信、透明"的合作理念与共同成长的发展原则。我们欢迎所有认可我们的价值观、遵守并执行品牌的管理制度、笃信品牌成长性与长期性的合作方与我们共同成长，并将一以贯之地坚持我们对品牌的倾力投入与持续提升运营管理水平的目标与政策。

总部理解海外事业部开展业务的初衷，但需再次严正强调，必须时刻将合规运营与规范治理作为重中之重。在面对重大发展机遇时，也应时刻把合规与制度

# MOLLY TEA                                                        茉莉奶白

放在首位。摒弃野蛮生长，践行现代企业治理制度。

希望所有员工都能时刻谨记品牌的意志与初心："做难事，行远路。进窄门，见微光。"

茉莉奶白总经办

2026 年 03 月 27 日
