# Exhibit 8

Case 1:26-cv-04051-JPC    Document 1-8    Filed 05/15/26    Page 2 of 4

# AFFIDAVIT OF TRANSLATION

I, <u>Beini Zhang</u>, hereby declare that I am fluent in <u>English</u> and <u>Chinese</u>, and that this translation for the document from <u>Chinese</u> to <u>English</u> is a true, accurate and complete version of the original text to the best of my knowledge.

Dated:     Flushing, NY
           April 9, 2026

_____
Beini Zhang

Subscribed and sworn to before me

On this ___9th___ day of ___April___ , 2026

_____
Notary Public

YIMIN CHEN
Notary Public, State of New York
Registration No.02CH6315534
Qualified in Queens County
My Commission Expires Nov 24, 2027

# Molly Tea (International) Notice Letter

## Molly Tea Notice (2026) No.03

To All Relevant Partners:

Our operations team has previously communicated with all parties regarding the submission of relevant materials and the signing of agreements. We hereby formally notify you of the following resolution regarding the closure of certain stores for rectification:

Given that the affected stores are currently unable to communicate effectively and promptly with headquarters regarding the franchise agreements and related matters, and that some stores have failed to meet operational quality standards, Molly Tea Group has decided, in order to protect the brand's overall image and prevent further losses to both parties, to suspend operations at the relevant stores indefinitely, effective 12:00 a.m. local time on April 3, 2026.

The stores subject to this suspension are as follows:

- Flushing, NY Store (Flushing, NY)

- Brooklyn, NY Store (Brooklyn, NY)

- Manhattan Chinatown, NY Store (Chinatown, NY)

- San Gabriel, CA Store (San Gabriel, CA)

- South Salt Lake, UT Store (South Salt Lake, UT)

All relevant partners are requested to take this matter seriously and actively cooperate with headquarters' subsequent rectification arrangements. Once the rectification meets the required standards and is approved by headquarters, a separate notice will be issued regarding the resumption of operations.

Molly Tea International Division

April 2, 2026

# 茉莉奶白集团（国际）通知函
## Molly Tea (International) Notice Letter

茉莉奶白通知〔2026〕03 号  Molly Tea Notice (2026) No.03

致各相关合作方：

此前我方运营同事已就相关材料提报及协议签署事宜与各方沟通要求，现就部分门店停业整顿相关决议，正式通知如下：

鉴于目前相关门店无法及时、妥善地与总部就加盟合同等相关事宜开展有效沟通，且部分门店运营层面存在质量不达标等问题，为维护品牌整体形象，避免双方造成进一步损失，经茉莉奶白集团公司研究决定，现通知相关门店自其当地时间 2026 年 4 月 3 日 00:00 起，实施无限期停业整顿。

涉及停业整顿门店如下：

- 纽约法拉盛门店（Flushing, NY）

- 纽约布鲁克林门店（Brooklyn, NY）

- 纽约中国城门店（Chinatown, NY）

- 洛杉矶圣盖博门店（San Gabriel, CA）

- 盐湖城门店（South Salt Lake, UT）

请各相关合作方高度重视，积极配合总部后续相关整改工作安排，待整改达标并经总部审核通过后，再另行通知门店恢复运营事宜。

茉莉奶白国际事业部

2026 年 4 月 2 日

-1-