**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., MOLLYTEA SHOPS LLC, and MOLLY TEA HOLDING INC.<br><br>Plaintiffs,<br><br>-and-<br><br>MOLLYTEA SHOPS LLC, derivatively on behalf of MOLLY TEA NYC INC., MOLLY TEA BK INC., and MOLLY TEA MANHATTAN CHINATOWN INC.,<br><br>Plaintiff,<br><br>-against-<br><br>MHL NY LLC, MOLLY TEA CU LLC, GENESIS BRAND MANAGEMENT LLC, MEI HUI LIN, XIAOZHE LIU a/k/a ZIAOZHE LIU, and BINBIN XU,<br><br>Defendants,<br><br>-and-<br><br>MOLLY TEA NYC INC., MOLLY TEA BK INC., and MOLLY TEA MANHATTAN CHINATOWN INC.,<br><br>Nominal Defendants. | 1:26-cv-04051<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY <u>RESTRAINING ORDER</u>** |

Upon the Verified Complaint, dated May 13, 2026, the exhibits annexed thereto, the declaration of Lee Bergstein, Esq., dated May 18, 2026, and the exhibit annexed thereto, it is

ORDERED, that the above-named Defendants show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on May _____, 2026 at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(1) enjoining the Defendants, and each of them, and their officers, directors, members, shareholders, managers, employees, agents, representatives, attorneys, successors, assigns, and all persons and entities acting in concert or participation with any of them, during the pendency of this action from:

(a) utilizing, exploiting, or permitting the use or exploitation of the Molly Tea name, mark, logo, trade dress, or any colorable imitation thereof, or any other trade name, trademark, trade dress, trade secret, or other intellectual property of the Plaintiffs, including but not limited to U.S. Trademark Registration Nos. 7996117 and 8205316; and

(b) utilizing, exploiting, or permitting the use or exploitation of the intellectual property identified in section (1)(a), above, on any social media platform, order-placement or delivery platform, or other online platform, including but not limited to WeChat, Weibo, Xiaohongshu (RedNote), Instagram, TikTok, Facebook, YouTube, Dianping, DoorDash, Uber Eats, Grubhub, Seamless, Postmates, ChowNow, HungryPanda, as well as the website mollyteany.com and any other website or domain utilizing "Molly Tea" or its variations; and

(c) operating or permitting the operation of any store or other commercial activity at the following locations, to the extent those locations, in any way, make use of the

2

intellectual property identified in section (1)(a), above, including by maintaining or displaying same on storefronts, elements of store design, products, or uniforms:

(i) 2857 Broadway, New York, New York 10025; and

(ii) 28-07 Jackson Avenue, Long Island City, New York 11101; and

(iii) 63 Mott Street, New York, New York 10013; and

(iv) 5909 8th Avenue, Brooklyn, New York 11220; and

(v) 37-11C Prince Street, Flushing, New York 11354; and

(vi) any other location in the United States where Defendants are operating, attempting to operate, or permitting the operation of a "Molly Tea" store, or other commercial activity bearing the intellectual property identified in section (1)(a), above; and

(d) effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the directives of this injunction; and

(2) requiring the Defendants, within forty-eight hours of service of this Order, to transfer to Plaintiffs all administrative access, credentials, ownership rights, and control over the Instagram accounts @mollyteamood and @ mollyteany, the RedNote account "茉莉奶白纽约 MollyTea NYC," the website mollyteany.com, and any other social media, e-commerce, delivery-platform, or marketing account established by the Defendants under or in connection with the intellectual property identified in section (1)(a), above; and

3

(3) requiring the Defendants to make a verified report to the Court within thirty (30) days of this Order setting forth all actions taken by the Defendants to comply with this injunction and the dates such actions were taken; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendants, and each of them, and their officers, directors, members, shareholders, managers, employees, agents, representatives, attorneys, successors, assigns, and all persons and entities acting in concert or participation with any of them, are temporarily restrained and enjoined in the manner set forth in paragraphs (1) through (2), above; and it is further

ORDERED that, for the reasons set forth in the accompanying memorandum of law, no security is required; or, alternatively, that security in the amount of $_____ be posted by the Plaintiffs prior to _____, 2026 at _____ o'clock in the _____noon of that day; and it is further

ORDERED that personal service of a copy of this order, the Verified Complaint, with exhibits annexed thereto, and the annexed memorandum of law and declaration of Lee Bergstein, Esq., with exhibit annexed thereto, upon the Defendants, or service via e-mail, United States Mail, or personal service upon counsel for Defendants, including upon Yimin Chen, Esq. of the Law Offices of Chen & Associates, P.C., 37-12 Prince Street, Suite 9D, Flushing, New York 11354, attorney for Defendant MHL NY LLC in a related Queens County Supreme Court action, on or before _____ o'clock in the _____noon, _____, 2026, shall be deemed good and sufficient service thereof; and it is further

4

5

ORDERED that opposition papers, if any, shall be served upon counsel for Plaintiffs on or before _____, 2026; and reply papers, if any, shall be served upon counsel for Defendants on or before _____, 2026 (or such other schedule as the Court may set).

DATED: New York, New York

ISSUED: _____

_____
United States District Judge

5