# Exhibit 1

 Gmail

**Joseph DiPietro <joseph@bfklawoffice.com>**

---

## 1:26-cv-04051 (Shenzhen Molly Tea, et. al. v. MHL NY, et. al.) Notice of Intention to Seek a TRO

1 message

---

**Lee Bergstein** <lee@bfklawoffice.com>          Fri, May 15, 2026 at 12:49 PM
To: chenattorney@yahoo.com
Cc: Jamie Kleidman <jamie@bfklawoffice.com>, Joseph DiPietro <joseph@bfklawoffice.com>, Conor McLaughlin <conor@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>

Mr. Chen --

I understand that you represent MHL NY LLC.  The below action has just been filed against MHL NY LLC, MOLLY TEA CU LLC, GENESIS BRAND MANAGEMENT LLC, MEI HUI LIN, XIAOZHE LIU a/k/a ZIAOZHE LIU, and BINBIN XU in the Southern District of New York.  A courtesy copy of the papers is attached as a zip file.

This email is our final demand that the Defendants immediately cease utilizing the Molly Tea Marks and Molly Tea systems, including at the Columbia Store, the Joint Venture Stores, and the Long Island City Concession (as defined in the Verified Complaint).  If you do not confirm by 5 p.m. today that the Defendants will cease their unlawful activity, you are on notice that no sooner than Monday May 18th at 9:30 a.m., we will electronically file an application seeking a temporary restraining order and preliminary injunction from the court enjoining the use of the Molly Tea Marks and Molly Tea systems at those locations.

We will forward a copy of the motion papers once they are electronically filed and advise when a judge is assigned and if a briefing schedule or argument date is set.

Thank you,

Lee

    1-26-cv-04051.zip

---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Fri, May 15, 2026 at 12:23 PM
Subject: Activity in Case 1:26-cv-04051 Complaint
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Bergstein, Lee on 5/15/2026 at 12:22 PM EDT and filed on 5/15/2026
**Case Name:**
**Case Number:**     1:26-cv-04051

5/17/26, 8:51 PM     Bergstein Flynn Knowlton &amp; Partners PLLC Mail 1:26-cv-04051 (Shenzhen Molly Tea, et al. v. MHL NY, et al.) Notice of Intention to Seek a T…

Case 1:26-cv-04051-JPC   Document 7-3   Filed 05/18/26   Page 3 of 4

**Filer:**     MOLLY TEA HOLDING INC.
MOLLYTEA SHOPS LLC
SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD

**Document Number:** 1

**Docket Text:**
**COMPLAINT against GENESIS BRAND MANAGEMENT LLC, Mei Hui Lin, Xiaozhe Liu, MHL NY LLC, MOLLY TEA BK INC., MOLLY TEA CU, MOLLY TEA MANHATTAN CHINATOWN INC.,, MOLLY TEA NYC INC.,, Binbin Xu. Document filed by MOLLY TEA HOLDING INC., MOLLYTEA SHOPS LLC, SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD. (Attachments: # (1) Exhibit US Trademark Registrations, # (2) Exhibit Brand License Agreement, # (3) Exhibit Shareholder Agreement and Bylaws Molly Tea NYC Inc., # (4) Exhibit Shareholder Agreement and Bylaws Molly Tea BK Inc., # (5) Exhibit Shareholder Agreement and Bylaws Molly Tea Chinatown Inc., # (6) Exhibit Columbia Guaranty, # (7) Exhibit March 27 Compliance Notice, # (8) Exhibit April 2 Suspension Notice, # (9) Exhibit LIC Concession Agreement, # (10) Exhibit May 1 Termination Notice, # (11) Exhibit Certified Translation of Verified Complaint).(Bergstein, Lee)**


**1:26-cv-04051 Notice has been electronically mailed to:**

Lee Brett Bergstein     lee@bfklawoffice.com

**1:26-cv-04051 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-0] [85b2fba8566a3e5446444008f93c64e6327b068eb75b460b2ddfc70bafd3177c12 e50fa518dbbd914e3c454ffcd9e37dd6f34b6df9a4ac3c526f9dc797b11cfb]]
**Document description:**Exhibit US Trademark Registrations
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-1] [9dbc0117c1a62a71793fb9bbb2bf98cce469f33900342303f7db2dbfb6a61f0d32 f558d3c6604f22a7dc03e66cf909272a54e80683e38d0ae10a3cc2a7c6733c]]
**Document description:**Exhibit Brand License Agreement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-2] [a90592c34deaf256b4be81a360a41ea74718950c8ce6d4d3124cedbcb018465c19 8642a640d2cb338216538e6212439a57b8a6388b5d159167691ba3f3009055]]
**Document description:**Exhibit Shareholder Agreement and Bylaws Molly Tea NYC Inc.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-3] [977d7e87f7645848596716821298aec772c9dcb2a4324a1e32de8f501a037aea1e 67c06ef9e6ebe97087b6ec78788a4b94b1a6b716eee05d3465d27712dbd7f5]]
**Document description:**Exhibit Shareholder Agreement and Bylaws Molly Tea BK Inc.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-4] [4ce1536e49e40210ce7cd34964743ca83a9505112fd07129b41c16dd060426adba 0eb3a85cc020e51810f10bcb72670ec680a3d37533981fdb40f8a646583f5c]]
**Document description:**Exhibit Shareholder Agreement and Bylaws Molly Tea Chinatown Inc.
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-5] [3e3721e752b550768997df60d21613b92ca31154c88ec570ecb3884eb0c0c321e5

5/17/26, 8:51 PM     Bergstein Flynn Knowlton & Pollina PLLC Mail 0f026-cv-04051 (Shenzhen Mindly Tea, et al. v. MHL NY, et al.) Notice of Intention to Seek a T…

Case 1:26-cv-04051-JPC   Document 7-3   Filed 05/18/26   Page 4 of 4

17f52804741b1b3180c365b280cb680be44f598838eaa50f5644927d580e46]]

**Document description:**Exhibit Columbia Guaranty
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-6] [283e14847423fe3ded1db98e9b732756e41558c6727a0321a48c0e58fce287424d98c7bbec2fe5f40cb4a8f497a1103e5ae1da9d560a94052806e392abbc5246]]

**Document description:**Exhibit March 27 Compliance Notice
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-7] [258985ab7280d32b48a87bae238edbcb62918ec16de4ebcf78588594e3f423788c5ed3da4ef6d0e541168f7c973a13bde7bbefb9cf05ea01b4b7451b30f271fd]]

**Document description:**Exhibit April 2 Suspension Notice
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-8] [11961114d1417e6500c7cfa82df6e82ae612ab9107278f93a2546c4a687dc26bd0424af8568159baf697569c2e3473446cd771537e1ec837c45ff8911864a3d8]]

**Document description:**Exhibit LIC Concession Agreement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-9] [0c048a80a04f59f141377fe27e05512f5b06b9628027f1ea594900ce3fac906121bc5fb9708a96e3e6cf1b4470e8f8dee22ac5c91b9aa513b2d085c1d6fc616b]]

**Document description:**Exhibit May 1 Termination Notice
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-10] [12253ff2c11e4cfcb23a06f4b1b461dabab1d4f3ab958baa17114f228163fa6af8867aba5affd2624263cb0ed3998fc3e36333ea2719949ca81897d6186c1629]]

**Document description:**Exhibit Certified Translation of Verified Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/15/2026] [FileNumber=34792560-11] [5c68b261cbf25047aff96726c5d8ab3af5ad88e1f51f85eb078c011abb86c96cff82008423a2c2cb7a96905a673bb2bbc65b0126f06e78cb539ce76c33d5700b]]

--
Lee Bergstein
**PLEASE NOTE NEW ADDRESS**
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Ave., Suite 902
New York, NY 10017
o  212.803.9025
d  212.803.9024
f  718.228.6126


**Counsel. Litigate. Collaborate.**

**WE WILL NEVER ASK YOU TO SEND OR ACCEPT A WIRE BY EMAIL.  WIRE FRAUD IS RAMPANT.  IF YOU GET AN EMAIL FROM SOMEONE ASKING YOU TO SEND OR ACCEPT A WIRE, CONTACT US BY PHONE IMMEDIATELY!**