**BFKP** **BERGSTEIN FLYNN KNOWLTON+ POLLINA**

Lee Bergstein
Office: (212) 803-9025
Direct: (212) 803-9024
lee@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

May 18, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

> Re:    ***Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.***
>        **Case No. 1:26-cv-04051**

Dear Judge Cronan:

We represent the Plaintiffs in the above action. We respectfully write to request leave to file a corrected Verified Complaint to address a minor typographical error in the case caption.

On May 15, 2026, Plaintiffs initiated this action by filing a Verified Complaint. One of the plaintiffs, Mollytea Shops LLC, appears twice in the caption, as it is suing both in its direct capacity and derivatively, on behalf of Nominal Defendants Molly Tea NYC Inc., Molly Tea BK Inc., and Molly Tea Manhattan Chinatown Inc.

On May 18, 2026, the undersigned firm was notified by the office of the Clerk that, while Mollytea Shops LLC appeared correctly in the first instance in the caption of the Verified Complaint, in the second instance, an errant space appeared in the name of Mollytea Shops LLC, reading "MOLLY TEA SHOPS LLC." Both mentions of Mollytea Shops LLC in the caption refer to the same party.

The office of the Clerk advised the undersigned that this error could not be corrected administratively and that the instant letter motion would be the appropriate means of correction. Therefore, we respectfully request that the Court permit Plaintiffs to correct the caption of the Verified Complaint to reflect the correct spelling of Mollytea Shops LLC and that same is a single party. This correction would not alter the substance of Plaintiffs' claims or prejudice Defendants in any manner. Defendants have not yet appeared in this action and Plaintiffs have thus not had occasion to confer with their counsel regarding this correction.

Accordingly, Plaintiffs respectfully request that the Court grant them leave to file the corrected Verified Complaint, to reflect the correct spelling of Mollytea Shops LLC and to make clear that the entity named in both the direct and derivative capacities is a single party. A copy of the corrected Verified Complaint is annexed hereto as Exhibit 1 and a red-line against the originally filed Verified Complaint is annexed hereto as Exhibit 2.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By: ___*/s/ Lee Bergstein*___
Lee Bergstein
Joseph M. DiPietro

cc:    All counsel of record
       (via ECF)

2