UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                           :

SHENZHEN MOLLY TEA FOOD AND BEVERAGE  :
MANAGEMENT CO., LTD., *et al.*           :
                           :

                   Plaintiffs,     :          26 Civ. 4051 (JPC)
                           :

        -v-                 :             ORDER
                           :

MHL NYL LLC, *et al.*,           :
                           :

                   Defendants.    :
                           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 19, 2026, the Court scheduled a hearing on Plaintiffs' motion for a temporary restraining order and preliminary injunction for May 27, 2026.  *See* Dkt. 9.  On May 24, 2026, Defendants filed a brief opposing Plaintiffs' motion as well as a cross-motion for a temporary restraining order and preliminary injunction.  *See* Dkt. 53.[1]

Plaintiffs may respond to Defendants' cross-motion by May 26, 2026, at 8:00 p.m.

The Clerk of Court is respectfully directed to close Docket Number 54.

SO ORDERED.

Dated: May 26, 2026
      New York, New York                         JOHN P. CRONAN
                                      United States District Judge

---

[1] Defendants missed the deadline to file a response to Plaintiffs' motion by approximately seven minutes and subsequently requested that the Court accept the filing *nunc pro tunc*. Dkt. 54. The Court grants that request.