# Exhibit 4



I, Fei-Xue Qian, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the document entitled "WeChat Conversation 2026.01.15" from Chinese to English.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2026

_____

Fei-Xue Qian

# Group Chat History
January 15, 2026

 CHENsyyy (Amber)                                     09:46

> CHENsyyy's Chat History
> CHENsyyy: [File] 1.[New York Flushing Store]
>
> Bylaws_Molly Tea NYC Inc._for execution.pdf...
>
> Chat History

CHENsyyy (Amber)                                     09:46

Okay, it has been modified. Please review. Please send back the signed version as soon as possible, President Liu 🌹@DJ Liu Xiaozhe

CHENsyyy (Amber)                                     12:06

@DJ Liu Xiaozhe Hi President Liu, the audit materials need to be submitted by the 15th, and the company leadership is also concerned about the progress. We have been working together for so long; we would appreciate your support and cooperation with this signing process. If there are any other questions later, we can discuss them further. Please sign as soon as possible

DJ Liu Xiaozhe                                       12:12
No problem, I'll sign immediately.

DJ Liu Xiaozhe                                       12:15
My law, there are two blanks at the end; I just need to sign one, right?

 CHENsyyy (Amber)                                     12:16
You can just sign the second one.

1



## Group Chat History
January 15, 2026

‹                                                                                    •••

DJ Liu Xiaozhe                                                          12:17



CHENsyyy (Amber)                                                       12:17
Correct

DJ Liu Xiaozhe                                                          12:18
OK

DJ Liu Xiaozhe                                                          13:11
Please confirm receipt

DJ Liu Xiaozhe                                                          13:11

1. [New York Flushing Store] Bylaws_M...cution.pdf
210KB   Not downloaded                              PDF

DJ Liu Xiaozhe                                                          13:11

1. Shareholder Agreemen...YC Inc.pdf
256KB   Not downloaded                              PDF

3



# Group Chat History
January 15, 2026

| | |
|---|---|
| DJ Liu Xiaozhe | 13:11 |

2. Shareholder Agreemen...BK Inc.pdf
257 KB Not downloaded

| | |
|---|---|
| DJ Liu Xiaozhe | 13:11 |

[File] 2. [New York Brooklyn Store] Bylaws_Molly Tea BK Inc._for execution.pdf

| | |
|---|---|
| DJ Liu Xiaozhe | 13:11 |

3. Shareholder Agreemen...wn Inc.pdf
256 KB Not downloaded

| | |
|---|---|
| DJ Liu Xiaozhe | 13:11 |

3. [New York Chinatown Store] Bylaw...ecution.pdf
211 KB Not downloaded

A Bowl of Dingding Sauce          13:16
Thank you, President Liu~ @DJ Liu Xiaozhe

CHENsyyy (Amber)          13:43
OK, received, thank you, President Liu!

DJ Liu Xiaozhe          13:45
Thank you, everyone🙏🙏

4

# Original Chinese Version

< **群聊的聊天记录** ⋯⋯
2026年1月15日

 CHENsyyy (Amber)                                      09:46

**CHENsyyy 的聊天记录**
CHENsyyy: [文件] 1.【纽约法拉盛店】
Bylaws_Molly Tea NYC Inc._for
execution.pdf...

聊天记录

CHENsyyy (Amber)                                      09:46

好的，已经修改，请收阅。辛苦刘总尽快反馈
签署版文件 🌹 @DJ 刘潇喆

CHENsyyy (Amber)                                      12:06

@DJ 刘潇喆 Hi 刘总，审计资料要在15号前提
交，公司领导这边也在关心进度。咱们都合作
这么久了，这次签署工作还请您多支持配合。
后续如果有其他问题，我们还可以再讨论。辛
苦尽快签署 🌹 👐

 DJ 刘潇喆                                          12:12
没问题，我立刻签字

DJ 刘潇喆                                          12:15
My law 最后有两个空，我签一个就行了吧？

 CHENsyyy (Amber)                                      12:16
您签第二个就可以

1





