UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

SHENZHEN MOLLY TEA FOOD AND BEVERAGE   :
MANAGEMENT CO., LTD., *et al.*              :
                        :

               Plaintiffs,      :        26 Civ. 4051 (JPC)
                        :

     -v-                       :        <u>ORDER</u>
                        :

MHL NYL LLC, *et al.*,           :
                        :

              Defendants.      :
                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The resumption of the hearing on the parties' cross-motions for a temporary restraining order and preliminary injunction currently scheduled for 4:30 p.m. on June 8, 2026, will instead take place at 2:00 p.m. on that date. At the scheduled time, counsel shall appear in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: June 8, 2026
      New York, New York                    JOHN P. CRONAN
                                        United States District Judge