UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE          :
MANAGEMENT CO., LTD., *et al.*                                :
                                                                        :
                                        Plaintiffs,          :          26 Civ. 4051 (JPC)
                                                                        :
                -v-                                          :          ORDER
                                                                        :
MHL NY LLC, *et al.*,                                        :
                                                                        :
                                        Defendants.          :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record at today's hearing, the Court grants Plaintiffs' motion

for a preliminary injunction and hereby orders that:

1. Defendants, their officers, directors, members, shareholders, managers, employees, agents,

   representatives, attorneys, successors, assigns, and all persons and entities acting in concert

   or participation with any of them, are enjoined during the pendency of this action from:

   a. utilizing, exploiting, or permitting the use or exploitation of the Molly Tea name,

      mark, logo, trade dress, or any colorable imitation thereof, or any other trade name,

      trademark, trade dress, trade secret, or other intellectual property of the Plaintiffs,

      including but not limited to U.S. Trademark Registration Nos. 7996117 and

      8205316;

   b. utilizing, exploiting, or permitting the use or exploitation of the intellectual property

      identified in section 1.a, above, on any social media platform, order-placement or

      delivery platform, or other online platform, including but not limited to WeChat,

      Weibo, Xiaohongshu (RedNote), Instagram, TikTok, Facebook, YouTube,

      Dianping, DoorDash, Uber Eats, Grubhub, Seamless, Postmates, ChowNow,

HungryPanda, as well as the website mollyteany.com and any other website or domain utilizing "Molly Tea" or its variations;

c.  operating or permitting the operation of any store or other commercial activity at the following locations, to the extent those locations, in any way, make use of the intellectual property identified in section 1.a, above, including by maintaining or displaying same on storefronts, elements of store design, products, or uniforms:

   i.   2857 Broadway, New York, New York 10025;

   ii.  28-07 Jackson Avenue, Long Island City, New York 11101;

   iii. 63 Mott Street, New York, New York 10013;

   iv.  5909 8th Avenue, Brooklyn, New York 11220;

   v.   37-11C Prince Street, Flushing, New York 11354;

   vi.  any other location in the United States where Defendants are operating, attempting to operate, or permitting the operation of a "Molly Tea" store, or other commercial activity bearing the intellectual property identified in section 1.a, above; and

d.  effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the directives of this injunction;

2.  Defendants shall, within forty-eight hours of this Order, transfer to Plaintiffs all administrative access, credentials, ownership rights, and control over the Instagram accounts @mollyteamood and @mollyteany, the RedNote account "茉莉奶白纽约 MollyTea NYC," the website mollyteany.com, and any other social media, e-commerce, delivery-platform, or marketing account established by Defendants under or in connection with the intellectual property identified in section 1.a, above;

2

3. Defendants shall provide a verified report to the Court within thirty days of this Order setting forth all actions that they have taken to comply with this injunction and the dates such actions were taken; and

4. Security in the amount of $100,000 shall be posted by Plaintiffs no later than June 15, 2026, at 5:00 p.m.

SO ORDERED.

Dated: June 8, 2026
     New York, New York

_____
JOHN P. CRONAN
United States District Judge