# Exhibit 1



Joseph DiPietro <joseph@bfklawoffice.com>

---

# Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.; No. 1:26-cv-04051-JPC

**Joseph DiPietro** <joseph@bfklawoffice.com>                                  Tue, Jun 9, 2026 at 1:32 PM
To: ChenAttorney <chenattorney@yahoo.com>
Cc: Lee Bergstein <lee@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>, Jamie Kleidman <jamie@bfklawoffice.com>, psverd@sverdlawfirm.com

Ms. Chen,

As discussed at yesterday's hearing, please find attached Notices of a Lawsuit and Requests to Waive Service of a Summons, as well as form Waivers of the Service of Summons, for each of Defendants MHL NY LLC, Molly Tea CU LLC, Genesis Brand Management LLC, Mei Hui Lin, Xiaozhe Liu a/k/a Ziaozhe Liu, and Binbin Xu and Nominal Defendants Molly Tea NYC Inc., Molly Tea BK Inc., and Molly Tea Manhattan Chinatown Inc.  The Corrected Verified Complaint with exhibits annexed thereto are contained at the following link:  https://www.dropbox.com/t/QbC2uscHSItijqbe.

We request that you return the waiver form to us via email.  However, pursuant to Fed. R. Civ. P. 4(d)(1)(C), if you require a prepaid means for returning the waiver form or additional copies of the waiver form, we will provide those.

Additionally, pursuant to the Court's June 8, 2026 Order, Defendants are to transfer control over and access to, *inter alia*, their website and Instagram and RedNote accounts to Plaintiffs by tomorrow.  Please provide the login credentials for the website, the social media accounts, and any other accounts, the website's hosting information, and any other information necessary for Plaintiffs to assume control of the accounts encompassed by the Order.

Finally, pursuant to Sections 1.5(g), 5.7, 5.9(b), 8.2, and 8.3 of the respective Bylaws of Molly Tea NYC Inc., Molly Tea BK Inc., and Molly Tea Manhattan Chinatown Inc. (the "Joint Venture Entities") and Articles 7.11, 10.2(c), 10.4, and 10.5 of the Brand Licensing and Technical Services Cooperation Contract, dated December 20, 2023, please promptly provide a full financial accounting of each of the Joint Venture Entities, including any liabilities of same.

Thank you,

Joseph DiPietro
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Avenue, Suite 902
New York, New York 10017
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
www.bfkplaw.com

We will never ask you to send or accept a wire by email. Wire fraud is rampant. If you receive an email from someone asking you to send or accept a wire, please contact us by phone immediately.

---

**18 attachments**

📄 **Service Waiver Request - Binbin Xu.pdf**
273K

📄 **Service Waiver Request - Genesis Brand Management LLC.pdf**
273K

📄 **Service Waiver Request - MHL NY LLC.pdf**
273K

📄 **Service Waiver Request - Molly Tea BK Inc..pdf**
273K

**Service Waiver Request - Mei Hui Lin.pdf**
273K

**Service Waiver Request - Xiaozhe Liu a_k_a Ziaozhe Liu.pdf**
273K

**Service Waiver Request - Molly Tea Manhattan Chinatown Inc..pdf**
273K

**Service Waiver Request - Molly Tea CU LLC.pdf**
273K

**Service Waiver Request - Molly Tea NYC Inc..pdf**
273K

**Waiver of the Service of Summons - Mei Hui Lin.pdf**
271K

**Waiver of the Service of Summons - Genesis Brand Management LLC.pdf**
271K

**Waiver of the Service of Summons - Binbin Xu.pdf.pdf**
316K

**Waiver of the Service of Summons - Molly Tea CU LLC.pdf**
271K

**Waiver of the Service of Summons - Molly Tea Manhattan Chinatown Inc..pdf**
271K

**Waiver of the Service of Summons - Molly Tea NYC Inc..pdf**
271K

**Waiver of the Service of Summons - MHL NY LLC.pdf**
271K

**Waiver of the Service of Summons - Xiaozhe Liu a:k:a Ziaozhe Liu.pdf**
271K

**Waiver of the Service of Summons - Molly Tea BK Inc..pdf**
271K