# Exhibit 2

Case 1:26-cv-04051-JPC    Document 63-2    Filed 06/10/26    Page 1 of 2



16:37

2026.06.09  星期二  📍无法获取地点，请检查设置