# Exhibit 4

Case 1:26-cv-04051-JPC   Document 63-4   Filed 06/10/26   Page 2 of 3

 Gmail

Joseph DiPietro <joseph@bfklawoffice.com>

# Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.; No. 1:26-cv-04051-JPC

2 messages

---

**Joseph DiPietro** <joseph@bfklawoffice.com>                                           Wed, Jun 10, 2026 at 12:30 PM
To: ChenAttorney <chenattorney@yahoo.com>, psverd@sverdlawfirm.com
Cc: Lee Bergstein <lee@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>, Jamie Kleidman
<jamie@bfklawoffice.com>

Ms. Chen,

We are informed that, at present, your clients' stores in Manhattan Chinatown, Brooklyn, Flushing, and Columbia University continue to operate under the Molly Tea name, trademarks, and trade dress, and utilize Plaintiffs' trade secrets, in direct violation of the injunction issued by Judge Cronan on June 8, 2026.

Please confirm by **1:00 p.m. today** that all of the stores have ceased the aforementioned violations and are complying with the Court's order.  Without such confirmation, we will seek appropriate relief from the Court, including an order of contempt.

Joseph DiPietro
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Avenue, Suite 902
New York, New York 10017
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
www.bfkplaw.com

We will never ask you to send or accept a wire by email. Wire fraud is rampant. If you receive an email from someone asking you to send or accept a wire, please contact us by phone immediately.

---

**ChenAttorney** <chenattorney@yahoo.com>                                              Wed, Jun 10, 2026 at 1:01 PM
Reply-To: ChenAttorney <chenattorney@yahoo.com>
To: "psverd@sverdlawfirm.com" <psverd@sverdlawfirm.com>, Joseph DiPietro <joseph@bfklawoffice.com>
Cc: Lee Bergstein <lee@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>, Jamie Kleidman
<jamie@bfklawoffice.com>

Joseph:

We acknowledge receipt of your email.

Defendants have been consulting with counsel regarding implementation of the Court's June 8, 2026 Order and are actively evaluating and undertaking compliance measures. Defendants do not agree with your characterization of the current circumstances and reserve all rights regarding the scope and interpretation of the Order.

As part of those efforts, Defendants are evaluating several issues concerning implementation of the Order and intend to promptly seek guidance from the Court regarding certain compliance-related questions. Defendants are continuing their efforts to address matters implicated by the Order.

Nothing in this correspondence should be construed as an admission of any violation of the Court's Order or agreement with the allegations contained in your email.

Defendants reserve all rights.

Regards,

Yimin Chen


Chen & Associates, P.C. 3712 Prince Street, Suite 9D, Flushing, NY 11354 Tel: (718)886-4858 Fax: (800)490-0564 ************************************************************************ The information being transmitted by this message is being sent by or on behalf of an attorney. It is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, THEN YOU ARE NOT AUTHORIZED TO RETAIN, READ, COPY OR DISSEMINATE THIS MESSAGE OR ANY PART OF IT. If you have received this message in error, please notify us immediately by return email and destroy the original without disclosing to a third party. ****************************** ******************************************

[Quoted text hidden]