UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE       :
MANAGEMENT CO., LTD., *et al.*                             :
                                                              :
                                    Plaintiffs,           :              26 Civ. 4051 (JPC)
                                                              :
                -v-                                           :              ORDER
                                                              :
MHL NY LLC, *et al.*,                                      :
                                                              :
                                    Defendants.           :
                                                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiffs' pre-motion letter in anticipation of their motion for an order of civil contempt against Defendants due to their alleged non-compliance with the Court's preliminary injunction, *see* Dkt. 62. Dkt. 63. Counsel shall appear for a conference on this matter on June 11, 2026, at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: June 10, 2026
        New York, New York                          _____
                                                                 JOHN P. CRONAN
                                                              United States District Judge