UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
                             :

SHENZHEN MOLLY TEA FOOD AND BEVERAGE  :
MANAGEMENT CO., LTD., *et al.*               :
                             :

                Plaintiffs,     :          26 Civ. 4051 (JPC)
                             :

    -v-                      :          ORDER
                             :

MHL NY LLC, *et al.*,            :
                             :

                Defendants.    :
                             :
--------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As stated on the record at this morning's conference, the briefing schedule for Defendants' motions for reconsideration and to compel arbitration is as follows: both motions are due June 29, 2026, Plaintiffs' brief in opposition to the motion for reconsideration is due July 7, 2026, and Defendants' reply, if any, is due July 10, 2026. Plaintiffs' brief in opposition to the motion to compel arbitration is due July 13, 2026, and Defendants' reply, if any, is due July 20, 2026.

      SO ORDERED.

Dated: June 11, 2026
      New York, New York                   _____
                                       JOHN P. CRONAN
                             United States District Judge