# Exhibit 1



Add a Caption

Thursday • Jun 11, 2026 • 10:43 AM              Adjust

☁️ IMG_3663

| Apple iPhone 16 Pro | | HEIF   |
| --- | --- | --- |
| Telephoto Camera — 120 mm ƒ2.8 | | |
| 12 MP • 3024 × 4032 • 1.5 MB | | STANDARD |

| ISO50 | 243mm | 0ev | ƒ2.8 | 1/169s |
| --- | --- | --- | --- | --- |



New York - Chinatown ›                          Adjust

