# Exhibit 2



Add a Caption

**Thursday • Jun 11, 2026 • 11:06 AM**          Adjust

IMG_3666

| Apple iPhone 16 Pro | HEIF   |
|---|---|
| Main Camera — 24 mm ƒ1.78 | |
| 24 MP • 4284 × 5712 • 5.1 MB | VIBRANT |

| ISO80 | 24mm | 0ev | ƒ1.78 | 1/1174s |



New York - Chinatown  >          Adjust

