# Exhibit 3



Add a Caption

Thursday • Jun 11, 2026 • 11:08 AM                    Adjust

☁️ IMG_3670

Apple iPhone 16 Pro                            HEIF

Ultra Wide Camera — 13 mm ƒ2.2

12 MP • 3024 × 4032 • 2.1 MB              VIBRANT

| ISO64 | 14mm | 0ev | ƒ2.2 | 1/638s |

New York - Chinatown  ›                    Adjust

