# Exhibit 4



Add a Caption

Thursday · Jun 11, 2026 · 12:05 PM          Adjust

IMG_3688

| Apple iPhone 16 Pro | HEIF  |
|---|---|
| Main Camera — 24 mm ƒ1.78 | |
| 12 MP · 3024 × 4032 · 1.1 MB | STANDARD |

| ISO80 | 175mm | 0ev | ƒ1.78 | 1/865s |

