# Exhibit 5



Add a Caption

Thursday • Jun 11, 2026 • 12:07 PM                    Adjust

IMG_3692

| Apple iPhone 16 Pro | HEIF  |
| --- | --- |
| Main Camera — 24 mm ƒ1.78 | |
| 12 MP • 3024 × 4032 • 1.6 MB | STANDARD |

| ISO250 | 55mm | 0ev | ƒ1.78 | 1/60s |
| --- | --- | --- | --- | --- |

Brooklyn - Borough Park                              Adjust

