# Exhibit 6



Add a Caption

Thursday • Jun 11, 2026 • 1:13 PM                    Adjust

 IMG_3699

Apple iPhone 16 Pro                              HEIF

Main Camera — 24 mm ƒ1.78

12 MP • 3024 × 4032 • 1.3 MB         STANDARD

| ISO64 | 71mm | 0ev | ƒ1.78 | 1/875s |



Flushing ›                                        Adjust

