# Exhibit 7



Add a Caption

Thursday • Jun 11, 2026 • 1:14 PM                    Adjust

IMG_3701

Apple iPhone 16 Pro                                   HEIF

Main Camera — 24 mm ƒ1.78

12 MP • 3024 × 4032 • 1.2 MB                   STANDARD

| ISO100 | 87mm | 0ev | ƒ1.78 | 1/450s |

Flushing >                                            Adjust

