# Exhibit 8

 Gmail

**Joseph DiPietro <joseph@bfklawoffice.com>**

---

# Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.; No. 1:26-cv-04051-JPC

---

**ChenAttorney** <chenattorney@yahoo.com>                                    Thu, Jun 11, 2026 at 6:47 PM
Reply-To: ChenAttorney <chenattorney@yahoo.com>
To: Joseph DiPietro <joseph@bfklawoffice.com>
Cc: "psverd@sverdlawfirm.com" <psverd@sverdlawfirm.com>, Lee Bergstein <lee@bfklawoffice.com>, Bradley Pollina
<brad@bfklawoffice.com>, Jamie Kleidman <jamie@bfklawoffice.com>

Mr. DiPietro:

We have communicated with our clients regarding the matters raised in your correspondence.

Our clients advise that the locations were closed beginning at approximately 4:00 p.m. on June 9, 2026 in order to undertake rebranding efforts and that operations resumed at approximately 11:00 a.m. on June 10, 2026 following those efforts. Accordingly, we do not agree with your suggestion that counsel made any inaccurate representation to the Court concerning the closure of the locations.

Please provide the investigator reports, photographs, videos, recordings, screenshots, receipts, notes, and any other materials upon which your allegations are based. Upon receipt and review of those materials, we will further investigate the matters raised and respond as appropriate.

We do not agree with your characterization of the facts or your conclusions regarding contempt.

Regards,

Yimin Chen


Chen & Associates, P.C. 3712 Prince Street, Suite 9D, Flushing, NY 11354 Tel: (718)886-4858 Fax: (800)490-0564 ******************************************************************** The information being transmitted by this message is being sent by or on behalf of an attorney. It is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, THEN YOU ARE NOT AUTHORIZED TO RETAIN, READ, COPY OR DISSEMINATE THIS MESSAGE OR ANY PART OF IT. If you have received this message in error, please notify us immediately by return email and destroy the original without disclosing to a third party. **************************** ******************************************


On Thursday, June 11, 2026 at 05:07:31 PM EDT, Joseph DiPietro <joseph@bfklawoffice.com> wrote:


Ms. Chen,

Today, our investigators visited the three Joint Venture Stores and the Columbia Store and informed us that, as of this afternoon, all four stores remain fully operational and open to the public, with wood or paper covering at least some instances of the word "Molly." Additionally, as of today, employees of the stores continue to hold out the stores as Molly Tea locations. Further, it is implausible that the four stores have been able to source non-Molly Tea inventory to fully

6/12/26, 12:56 PM — Bergstein Flynn Knowlton & Pollina PLLC Mail - Shidler et Molly Tea Food and Beverage Management Corp. et al.; ... MHL NY LLC et al.; ...

Case 1:26-cv-04051-JPC   Document 69-8   Filed 06/12/26   Page 3 of 4

replace the proprietary Molly Tea inventory, formulas, and ingredients on such a short timeframe, without any interruption in store operations, and in sufficient quantity to keep pace with what appears to be very high customer volume.

At the hearing this morning, you affirmatively represented to the Court that all four stores had closed as of 4:00 p.m. yesterday, and the Court declined to hold your clients in contempt based primarily, if not solely, on that representation. Yet, our evidence demonstrates otherwise.  Therefore, we urge you to promptly contact the Court and explicitly correct the record or otherwise furnish evidence, including a sworn affidavit from your client, that the stores have been closed since yesterday and that they have completely ceased utilizing any Molly Tea inventory, ingredients, formulas, or menus.  If you do not do so, we will contact the Court today and thereafter move for a contempt order.


Joseph DiPietro
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Avenue, Suite 902
New York, New York 10017
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
www.bfkplaw.com


We will never ask you to send or accept a wire by email. Wire fraud is rampant. If you receive an email from someone asking you to send or accept a wire, please contact us by phone immediately.


On Wed, Jun 10, 2026 at 1:01 PM ChenAttorney <chenattorney@yahoo.com> wrote:

> Joseph:
>
> We acknowledge receipt of your email.
>
> Defendants have been consulting with counsel regarding implementation of the Court's June 8, 2026 Order and are actively evaluating and undertaking compliance measures. Defendants do not agree with your characterization of the current circumstances and reserve all rights regarding the scope and interpretation of the Order.
>
> As part of those efforts, Defendants are evaluating several issues concerning implementation of the Order and intend to promptly seek guidance from the Court regarding certain compliance-related questions. Defendants are continuing their efforts to address matters implicated by the Order.
>
> Nothing in this correspondence should be construed as an admission of any violation of the Court's Order or agreement with the allegations contained in your email.
>
> Defendants reserve all rights.
>
> Regards,
>
> Yimin Chen
>
>
> Chen & Associates, P.C. 3712 Prince Street, Suite 9D, Flushing, NY 11354 Tel: (718)886-4858 Fax: (800)490-0564 ****************************************************************** The information being transmitted by this message is being sent by or on behalf of an attorney. It is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named

Case 1:26-cv-04051-JPC   Document 69-8   Filed 06/12/26   Page 4 of 4

addressee, THEN YOU ARE NOT AUTHORIZED TO RETAIN, READ, COPY OR DISSEMINATE THIS MESSAGE OR ANY PART OF IT. If you have received this message in error, please notify us immediately by return email and destroy the original without disclosing to a third party.
*********************************************************************

On Wednesday, June 10, 2026 at 12:30:15 PM EDT, Joseph DiPietro <joseph@bfklawoffice.com> wrote:

Ms. Chen,

We are informed that, at present, your clients' stores in Manhattan Chinatown, Brooklyn, Flushing, and Columbia University continue to operate under the Molly Tea name, trademarks, and trade dress, and utilize Plaintiffs' trade secrets, in direct violation of the injunction issued by Judge Cronan on June 8, 2026.

Please confirm by **1:00 p.m. today** that all of the stores have ceased the aforementioned violations and are complying with the Court's order.  Without such confirmation, we will seek appropriate relief from the Court, including an order of contempt.

Joseph DiPietro
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Avenue, Suite 902
New York, New York 10017
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
www.bfkplaw.com

We will never ask you to send or accept a wire by email. Wire fraud is rampant. If you receive an email from someone asking you to send or accept a wire, please contact us by phone immediately.