# Exhibit 9

✓ Dine-in · ✓ Curbside pickup
✓ No-contact delivery                                      >

📍 37-11 Prince St, Flushing, NY 11354

🕐 Open now    ^

| | |
|---|---|
| **Friday** | **11 AM–12 AM** |
| Saturday | 11 AM–12 AM |
| Sunday | 11 AM–11 PM |
| Monday | 11 AM–10 PM |
| Tuesday | 11 AM–10 PM |
| Wednesday | 11 AM–10 PM |
| Thursday | 11 AM–10 PM |