# Exhibit 10



✓ Dine-in · ✓ Takeout · ✓ Delivery

2857 Broadway, New York, NY 10025

Open now ⌃

| Friday | 11 AM–10 PM |
|---|---|
| Saturday | 11 AM–10 PM |
| Sunday | 11 AM–10 PM |
| Monday | 11 AM–10 PM |
| Tuesday | 11 AM–10 PM |
| Wednesday | 11 AM–10 PM |
| Thursday | 11 AM–10 PM |