# Exhibit 11

✓ Dine-in · ✓ Takeout · ✓ Delivery   >

63 Mott St, New York, NY 10013

Open now ^

| Friday | 11 AM–10 PM |
|---|---|
| Saturday | 11 AM–10 PM |
| Sunday | 11 AM–10 PM |
| Monday | 11 AM–10 PM |
| Tuesday | 11 AM–10 PM |
| Wednesday | 11 AM–10 PM |
| Thursday | 11 AM–10 PM |