# Exhibit 12

Industries | Consumer

# NYC's Molly Tea Turns Into '? Tea' After Spat Over Name



*A "? Tea" location in Brooklyn on June 12. Photographer: Erinn Gardner/Bloomberg*

By Ilena Peng
June 12, 2026 at 12:58 PM EDT
*Updated on June 12, 2026 at 2:57 PM EDT*

[ Save ]  [ Translate ]  [ Listen 3:47 ]

**Takeaways** by Bloomberg AI

- A judge ordered New York outposts of Molly Tea to stop using the company's trademarks due to a lawsuit alleging the store owners were operating outside licensing agreement.
- The stores are now operating as "? Tea" after the judge's order, with hand-drawn "?" logos on cups and menu screens, and some locations are listed as cl on online ordering platforms.
- The founder of Genesis Brand Management, DJ Liu, plans to continue operating the shops under the "? Tea" brand, saying the business has enough suppl another month.

A hot new string of New York tea shops has begun operating as "? Tea" thanks to a legal dispute with its China-based parent.

Several New York outposts of Molly Tea, best known for floral milk teas, went nameless after a judge earlier this week ordered the company's trademarks. The move, which created a brouhaha among its passionate local following, comes after the chain's Sh parent filed a lawsuit alleging that the store owners were operating outside of its agreed licensing agreement.

Molly Tea, whose name comes phonetically from the Mandarin pronunciation of jasmine, first arrived in the US in 2024 with a loc Flushing, Queens. Its success, with sales that were hitting about half-a-million dollars a month, spawned additional locations acro the US.

Chinese beverage chains are looking to the US as their next frontier for growth as their home market becomes saturated. Luckin C Chinese chain that overtook Starbucks Corp. in China with cheaper prices and a focus on mobile orders, opened its first store in t Other chains such as Chagee serve tea beverages not commonly available at competitors such as Dunkin'.

Read More: China's Answer to Starbucks Opens First US Locations in NYC

The US District Court overseeing the case issued a preliminary injunction on June 8 ordering all of the shops managed by the loca including the original Flushing location and one in Manhattan's Chinatown, to stop using the brand's name on storefronts, produc online ordering platforms and social media. Videos of a newly-unbranded shop went viral, showing hand-drawn "?" logos on cups menu screens.





*Customers inside the shop on June 12. Photographer: Erinn Gardner/Bloomberg*

Chowbus's online ordering page shows those two locations are closed, while orders in Brooklyn are currently paused. An Uber Ea Molly Tea's Chinatown address is now listed as "? Tea- Chinatown."



[ Enter your email ]  [ Sign Up ]
*By continuing, I agree to the Privacy Policy and Terms of Service.*

The injunction followed a May 15 complaint filed by the parent company that alleges the plaintiffs, including MHL NY LLC and Ge Management LLC, used registered Molly Tea trademarks without authorization at a store near Columbia University that opened e It also cited their use at a food court stall in Long Island City, Queens, that was in development. The parent company formally ter brand license agreement on May 1, but the New York stores continued operating, according to the court filing.

DJ Liu, the founder of Genesis Brand Management, said he had been in regular discussions and purchased materials from the pare advance of opening his Columbia University store. Tensions later arose over the location's lease and franchise disclosure documer sent to his other stores, he said.

"I'm not stupid enough to open a fake Molly Tea in Columbia University to influence my other stores," Liu said in an interview. "M revenue is like 10 times of Columbia University – and I knew it before I opened Columbia."

He plans to continue operating the shops under the "? Tea" brand, which he said is "a scream for myself, for my team, for my staf has enough supplies to operate for another month, Liu said.

Molly Tea's limited launches, of drinks, collectible pins and other items, drew a dedicated customer base. Molly Tea's first New Yo generated a monthly average of $480,000 in revenue, according to a July 2025 press release from Chowbus, the point-of-sale syste company.

A line of customers at a Brooklyn location on Friday stretched out the door.

The case is Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al v. MHL NY LLC et al, 26-cv-04051, in US District Co District of New York. Yimin Chen, who represents the New York-based stores, declined to comment as litigation is still pending. TI company, and its New York-based lawyers, didn't respond to requests for comment.

*– With assistance from Erinn Gardner and Daniela Sirtori*

*(Adds reporting from Brooklyn shop in penultimate paragraph. An earlier version of this story corrected the location of shops in photo*

[ Save ]

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ⧉

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

LEARN MORE

Before it's here, it's on the Bloomberg Terminal

Terms of Service    Do Not Sell or Share My Personal Information    Careers    Advertise    Ad Choices ▷    Help
Trademarks    Privacy Policy    ©2026 Bloomberg L.P. All Rights Reserved.

Article gift recipients: unlock a special offer.