UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
                                                              :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE    :
MANAGEMENT CO., LTD., *et al.*                          :
                                                              :
                                Plaintiffs,          :                    26 Civ. 4051 (JPC)
                                                              :
            -v-                                               :                    ORDER
                                                              :
MHL NY LLC, *et al.*,                                  :
                                                              :
                                Defendants.        :
                                                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiffs' letter, filed about an hour ago, stating their intent to move for an order of contempt against Defendants in light of Defendants' alleged continued violation of the preliminary injunction that the Court issued on June 8, 2026, *see* Dkt. 62.  Dkt. 69. Defendants shall file a written response to Plaintiffs' letter by June 15, 2026, at 12:00 p.m.

The Court will hold a hearing on the application for contempt on June 16, 2026, at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.  The Court expects any individual Defendants to attend.  At the hearing, the parties may present witnesses and other evidence regarding the allegations that Defendants continue to violate the Court's June 8 order.  In addition, Yimin Chen, Esq., counsel for Defendants, should address in the June 15 submission and should be prepared to address at the June 16 hearing the accuracy of her representation to the Court yesterday that her clients' stores were closed as of 4:00 p.m. Wednesday, June 10, 2026.

SO ORDERED.

Dated: June 12, 2026
       New York, New York                           _____
                                                            JOHN P. CRONAN
                                                            United States District Judge