# BFKP

## BERGSTEIN FLYNN KNOWLTON + POLLINA

**Lee Bergstein**
Office: (212) 803-9025
Direct: (212) 803-9024
lee@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

June 15, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

*The request is granted. The hearing scheduled for June 16, 2026, at 10:00 a.m. will instead take place on June 17, 2026, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 71.*

*SO ORDERED.*
*June 15, 2026*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re:  *Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; **Case No. 1:26-cv-04051-JPC**

Dear Judge Cronan:

We represent the Plaintiffs in the above action. We respectfully submit this letter to advise the Court of scheduling issues related to the contempt hearing scheduled for June 16, 2026.

As the Court knows, on June 12, 2026, via written Order (ECF No. 70), the Court set a contempt hearing, at which hearing the parties are permitted to "present witnesses and other evidence regarding the allegations that the Defendants continue to violate the Court's June 8 order." Plaintiffs intend to call two witnesses at the hearing: a Molly Tea representative and an investigator who captured photographs and video of the stores at issue on June 11, 2026, and whose testimony is necessary to admit the photographs and video as exhibits. The investigator is not available to testify on June 16, 2026, but can make himself available on June 17, 2026 at 10:00 a.m. or any time thereafter. We do not expect his direct testimony to exceed thirty minutes. Plaintiffs respectfully request, in the alternative, that (a) the hearing be adjourned to June 17 at 10:00 a.m. (or such other time as the Court directs); or (b) the hearing proceed as scheduled on June 16 and be continued to June 17 at 10:00 a.m. for the investigator's testimony.

The undersigned emailed Defendants' counsel earlier this morning regarding this request but. Ms. Chen has advised that she has a hearing in Brooklyn on June 17 at 2:00 p.m. and consents to an adjournment or continuance subject to (a) Mr. Sverd's availability and (b) the hearing concluding by 12:00 p.m. This is Plaintiffs' first request for an adjournment.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By:  */s/ Lee Bergstein*

Lee Bergstein
Joseph M. DiPietro

cc:    All counsel of record
        (via ECF and e-mail)