UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE        :
MANAGEMENT CO., LTD., *et al.*                                 :
                                                                       :
                                        Plaintiffs,              :          26 Civ. 4051 (JPC)
                                                                       :
            -v-                                                     :          ORDER
                                                                       :
MHL NY LLC, *et al.*,                                           :
                                                                       :
                                        Defendants.            :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court will hold a hearing on Plaintiffs' motion for an order of contempt against Defendants on June 17, 2026, at 10:00 a.m.  *See* Dkt. 73.

In addition, Yimin Chen, Esq., counsel for Defendants, shall file a letter showing cause why she should not be ordered to pay sanctions under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, or the Court's inherent authority, in the amount of fees and costs that Plaintiffs' counsel incurred to renew their contempt motion after her representation at the June 11 hearing that her clients' stores were closed.  Ms. Chen also should be prepared to show cause why sanctions should not be imposed on her at the hearing on June 17, 2026.  In advance of that hearing, counsel for Plaintiffs shall file appropriately redacted timesheets reflecting the attorneys' fees and costs that counsel incurred in preparing the renewed contempt motion that they filed on June 12, 2026, Dkt. 69.  Counsel should calculate fees and costs beginning no earlier than the conclusion of the June 11 hearing.  Both submissions are due at 5:00 p.m. on June 16, 2026.

            SO ORDERED.

Dated: June 15, 2026
            New York, New York                              _____
                                                                         JOHN P. CRONAN
                                                                     United States District Judge