**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHENZHEN MOLLY TEA FOOD AND
BEVERAGE MANAGEMENT CO., LTD., *et al.*,

                              Plaintiffs,

            -against-

MHL NY LLC, *et al.*,

                              Defendants.

1:26-cv-04051-JPC

**DECLARATION OF**
**LEE BERGSTEIN, ESQ.**

I, Lee Bergstein, Esq., an attorney duly admitted to practice law before this Court and the Courts of the State of New York, declare as follows, pursuant to 28 U.S.C. § 1746:

1.       I am a partner at Bergstein Flynn Knowlton & Pollina PLLC, attorneys for Plaintiffs Shenzhen Molly Tea Food and Beverage Management Co., Ltd., Mollytea Shops LLC, and Molly Tea Holding Inc. and for Mollytea Shops LLC in its derivative capacity on behalf of Nominal Defendants Molly Tea NYC Inc., Molly Tea BK Inc., and Molly Tea Manhattan Chinatown Inc. (collectively, "**Plaintiffs**").

2.       I am over 18 years of age.  I have personal knowledge of the facts and circumstances stated herein.

3.       I respectfully submit this declaration pursuant to the Order, dated June 15, 2026 (ECF No. 74), directing Plaintiffs' counsel to submit a calculation of attorneys' fees and costs "incurred in preparing the renewed contempt motion that [Plaintiffs] filed on June 12, 2026."

4.        Annexed hereto as **Exhibit 1**[1] is a true and accurate copy of the attorneys' fees incurred by Plaintiffs in preparing the renewed contempt motion filed on June 12, 2026 (ECF Nos. 69 to 69-12), and preparing for the contempt hearing scheduled for June 17, 2026.[2]  All time entries reflected in Exhibit 1 were incurred no earlier than the conclusion of the June 11, 2026 hearing, consistent with the directive in the June 15 Order.  The hourly rates reflected in Exhibit 1 are the customary rates for attorneys and paralegals at the undersigned firm and, in my opinion, are reasonable for legal work of this nature in the Southern District of New York.  The total attorneys' fees incurred are $20,915.59.

5.        Annexed hereto as **Exhibits 2 and 3** are true and accurate copies of two invoices from Prestige Investigations Inc., reflecting services rendered by that company to investigate Defendants' non-compliance with the preliminary injunction at the Flushing, Brooklyn, and Manhattan Chinatown Stores, and the costs incurred in connection with the investigator's anticipated testimony at the June 17 hearing.  The total investigator costs incurred are $4,982.49.

6.        Annexed hereto as **Exhibits 4 and 5** are true and accurate copies of two invoices from Junjie Chen, reflecting the costs incurred in connection with translation services rendered by her during a conference with one of Plaintiffs' intended witnesses in preparation for the June 17 hearing, and the costs incurred in connection with her anticipated testimony at the June 17 hearing. The total translator costs incurred are $800.00.

---

[1] While the Order directed the attorneys' timesheets to be "appropriately redacted," the annexed timesheets do not contain privileged material and, therefore, are not redacted.

[2] Because the contempt hearing would not have been scheduled but for the renewed motion, Plaintiffs include time spent preparing for the June 17, 2026 hearing.  Plaintiffs respectfully submit this allocation for the Court's consideration, given that this time (and the resulting investigator cost) was caused by Defendants' conduct.

7.      Plaintiffs continue to incur attorneys' fees and costs associated with preparing for and appearing at the hearing on Plaintiffs' renewed contempt motion, scheduled to occur on June 17, 2026 and will submit a supplemental calculation of same, as the Court directs, including any amounts that the Court determines were not properly included in the present calculation.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026 in New York, New York

By: ___*/s/ Lee Bergstein*_____
Lee Bergstein
BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC

780 Third Avenue, Suite 902
New York, New York 10017
lee@bfklawoffice.com
Tel: 212-803-9025

*Counsel for Plaintiffs*

3