# Exhibit 2



**Prestige Investigations, Inc.**

Anthony Lemma – PO Box 147, Mamaroneck, NY 10543 – (914) 490-4099

06/16/2026

| **Bergstein Flynn Knowlton & Pollina PLLC**<br><br>Lee Bergstein | |
|---|---|

| Invoice Number<br>260269 | File Name<br>Molly Tea |
|---|---|
| Claim Number | Legal Number |

| Description | Breakdown | Tax | Amount |
|---|---|---|---|
| Date: 06/11/2026 | | | |
| Investigative Time | 5.0 Hours @ 160.00 | 67.04 | 800.00 |
| Case Review | | 4.19 | 50.00 |
| Internet Search | | 14.67 | 175.00 |
| Miles | 88 Miles @ 0.75 | 5.53 | 66.00 |
| Phone Calls | | 12.57 | 150.00 |
| Photographed scene | | 8.38 | 100.00 |
| Tolls | | 1.82 | 21.75 |
| Video Duplication | | 6.70 | 80.00 |

| Subtotal | Tax | Interest | Total | Paid | Credit | Balance |
|---|---|---|---|---|---|---|
| $1,442.75 | $120.90 | $0.00 | $1,563.65 | $0.00 | $0.00 | $1,563.65 |

Total Amount Due    $1,563.65

Make checks payable to Prestige Investigations    Tax Identification # 13 – 4199690