# Exhibit 3



**TOP 1**

## Premium Jasmine Milk Tea ➕
茉莉奶白 ❄♨🥛
Premium Jasmine Green Tea + Fresh Milk
**$6.99**



**TOP 2**

## Premium Jasmine Matcha
抹茶针王 ❄♨
Premium Jasmine Green Tea + Fresh Milk + Matcha Cheese
**$6.99**



**TOP 3**

## Pistachio Jasmine Coconut 🥜
开心果茉莉椰 ❄
Premium Jasmine Green Tea + Coconut Water + Pistachio Cheese
**$7.99**



**TOP 4**

## Snowy Jasmine ➕🥜
一朵茉莉花 ❄♨
Premium Jasmine Green Tea + Fresh Milk + Jasmine Whipped Cream + Pecan
**$7.99**



**TOP 5**

## White Champaca Oolong Milk Tea ➕
白兰金萱 ❄♨
Champaca Green Tea + Oolong Tea + Fresh Milk
**$6.99**



**TOP 6**

## White Champaca Milk Tea ➕
白兰 ❄♨🥛
Champaca Green Tea + Fresh Milk
**$6.99**

---

## NEW-IN
新品系列

### Premium Jasmine Mango Coconut Tea 🥭    $7.99
针王芒芒椰 **NEW** ❄
Premium Jasmine Green Tea + Mango Juice + Coconut Water + Pineapple Lime Pulp + Cream Foam

## FLORAL FRESH MILK TEA
花香鲜奶茶

### Gardenia Milk Tea ➕    $6.59
栀子奶白 ❄♨🥛
Gardenia Green Tea + Fresh Milk

### Osmanthus Milk Tea    $6.79
桂花龙井 ❄♨
Osmanthus Green Tea + Fresh Milk

### DanCong Oolong Milk Tea    $6.99
单丛 ❄
DanCong Oolong Tea + Fresh Milk

### Gardenia Oolong Milk Tea    $6.79
栀子金萱 ❄♨
Gardenia Green Tea + Oolong Tea + Fresh Milk

### Peach Oolong Milk Tea    $6.59
蜜桃老铁 ❄♨
Peach Tieguanyin Oolong Tea + Fresh Milk

### Tongmu Lapsang Milk Tea    $6.99
桐木关小种 ❄♨
Tongmuguan Black Tea + Fresh Milk

### Premium Jasmine Apple Milk Tea    $6.99
针王苹果 ❄♨
Premium Jasmine Green Tea + Apple Juice + Fresh Milk

### Camellia Oolong Milk Tea    $6.79
山茶花乌龙 ❄♨
Camellia Oolong + Fresh Milk

## MATCHA
抹茶系列

### Matcha Jasmine Salted Cheese    $7.49
抹茶茉莉咸酪乳 ❄
Premium Jasmine Green Tea + Matcha Cheese + Salted Cheese

### Matcha White Champaca Salted Cheese    $7.49
抹茶白兰咸酪乳 ❄
Champaca Green Tea + Matcha Cheese + Salted Cheese

### White Champaca Matcha    $6.99
抹茶白兰 ❄♨
Champaca Green Tea + Fresh Milk + Matcha Cheese

## FLORAL SIGNATURE
花香特调

### Tongmu Lapsang Bubble Tea 🥜    $7.49
黑糖波波小种 ❄♨
Hazelnut Cheese + Cocoa Powder + Tongmuguan Black Tea + Fresh Milk + Brown Sugar Boba

### Tongmu Lapsang Salted Cheese 🥜    $7.99
起司咸酪乳小种 ❄♨
Hazelnut Cheese + Cocoa Powder + Tongmuguan Black Tea + Salted Cheese

### Camellia Matcha    $7.99
雪融抹茶山茶花 ❄♨
Matcha Cheese + Camellia Oolong Tea + Salted Cheese Milk + Matcha + Cheese Milk

### Camellia Zest    $6.79
橙意山茶 ❄♨
Camellia Oolong Tea + Oat Milk + Orange Slices

### Jasmine Mango Smoothie 🥭    $6.99
茉莉杨枝甘露 ❄
Premium Jasmine Green Tea + Mango + Coconut Milk + Pomelo + Sago + White Boba

## FLORAL SNOWY WHIPPED CREAM
花香奶油顶

### Snowy Gardenia 🥜    $7.79
一朵栀子花 ❄
Gardenia Green Tea + Fresh Milk + Jasmine Whipped Cream + Pecan

### Snowy DanCong 🥜    $7.99
一口单丛 ❄
DanCong Oolong Tea + Fresh Milk + Jasmine Whipped Cream + Pecan

### Snowy Peach Oolong 🥜    $7.79
一口老铁 ❄
Peach Tieguanyin Oolong Tea + Fresh Milk + Jasmine Whipped Cream + Pecan

## FLORAL BREWED TEA
花香茗茶

### Gardenia Tea    $4.59
栀香绿茶 ❄♨🚫
Gardenia Green Tea

### Premium Jasmine Tea    $4.59
茉莉针王 ❄♨🚫
Premium Jasmine Green Tea

🥭 Contains mango,Please use caution.
此饮品含有芒果,过敏体质请谨慎饮用。

🥜 Contains nuts,Please use caution.
此饮品含有坚果成份,过敏体质请谨慎饮用。

🚫 This drink is dairy-free. All other drinks contain fresh milk. If you have allergies, please order with caution.
此饮品不含鲜奶. 其他饮品均含有鲜奶. 如您属于过敏体质请谨慎使用。

---

## TOPPINGS 小料

| Pecan | Sago | Brown Sugar Boba-Pearl | White Boba-Pearl | Hazelnut Cheese | Matcha Cheese | Jasmine Whipped Cream with Pecan | Pistachio Cheese |
|---|---|---|---|---|---|---|---|
| 碧根果 $0.99 | 西米 $0.99 | 黑糖珍珠 $0.99 | 寒天 $1.29 | 榛果芝士 $2.99 | 抹茶芝士 $2.99 | 茉莉忌廉 $3.49 | 开心果芝士 $3.99 |

## SUGAR LEVEL 糖量

| Regular | Less Sugar | Half Sugar | Light Sugar | No Added Sugar |
|---|---|---|---|---|
| 正常糖 100% | 七分糖 70% | 五分糖 50% | 三分糖 30% | 无糖 0% |

## ICE LEVEL 冰量

| Regular Ice | Less Ice | No Ice |
|---|---|---|
| 正常冰 | 少冰 | 去冰 |



| 🥛 Oat milk available 可换燕麦奶 | 🚫 Dairy-free 不含牛奶 | ➕ Recommended 推荐 | **NEW** NEW-IN 新品上线 | 🥜 Contains Nuts 含坚果 |
|---|---|---|---|---|
| ❄ Cold Drink 冷饮 | ♨ Hot Drink 热饮 | 🥭 Contains Mango 含芒果 | | |