# Exhibit 4



