# Exhibit 5

**Exhibits**

**Doordash, Molly Tea , 6/16/26, 3:44 PM**

