# Exhibit 6



1 / 2

