# Exhibit 1

6/22/26, 4:47 PM

Bergstein Flynn Knowlton & Pollina PLLC Mail - Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.; …



Joseph DiPietro <joseph@bfklawoffice.com>

---

# Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.; No. 1:26-cv-04051-JPC

2 messages

---

**Joseph DiPietro** <joseph@bfklawoffice.com>                    Mon, Jun 22, 2026 at 3:29 PM
To: ChenAttorney <chenattorney@yahoo.com>, Peter Sverd <psverd@sverdlawfirm.com>
Cc: Lee Bergstein <lee@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>, Jamie Kleidman <jamie@bfklawoffice.com>

Counsel,

At the hearing today, you indicated on the record that you do not intend to call Defendants Lin or Liu as witnesses at the contempt hearing.  As we indicated by email yesterday, we intend to call one or both of them as witnesses.

Please advise whether that is still your position and whether either defendant requires the use of an interpreter, given that Mr. Liu previously testified in this case without the use of an interpreter and Ms. Lin previously filed a declaration in this case and affirmations in the Queens case without a translation.  If an interpreter is required for the testimony of either Defendant tomorrow, we will arrange for one and seek reimbursement from your clients.

Please let us know by 4:00 p.m. today so that we can make any necessary arrangements.

Thank you,

Joseph DiPietro
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Avenue, Suite 902
New York, New York 10017
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
www.bfkplaw.com

We will never ask you to send or accept a wire by email. Wire fraud is rampant. If you receive an email from someone asking you to send or accept a wire, please contact us by phone immediately.

---

**Peter Sverd** <psverd@sverdlawfirm.com>                    Mon, Jun 22, 2026 at 4:19 PM
To: Joseph DiPietro <joseph@bfklawoffice.com>, ChenAttorney <chenattorney@yahoo.com>
Cc: Lee Bergstein <lee@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>, Jamie Kleidman <jamie@bfklawoffice.com>

Good afternoon,
The Defendants Lin and Liu will not be attending court tomorrow.
Peter

[Quoted text hidden]