**BFKP**

**BERGSTEIN
FLYNN
KNOWLTON+
POLLINA**

**Joseph DiPietro**
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

June 22, 2026

*The request is denied. The Court has not ordered Defendants Lin and Liu to attend tomorrow's hearing and thus there is no basis to compel their attendance.*

*SO ORDERED.*
*June 22, 2026*
*New York, New York*

JOHN P. CRONAN
United States District Judge

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

> Re:  ***Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.**;  Case No. 1:26-cv-04051-JPC*

Dear Judge Cronan:

We represent the Plaintiffs in the above action. We respectfully submit this letter to apprise the Court of the issue of Defendants Lin and Liu's attendance and testimony at the continued contempt hearing tomorrow, June 23, 2026.

By written Order dated June 12, 2026 (ECF No. 70), the Court ordered a hearing for June 16, 2026 on Plaintiffs' renewed motion to hold all Defendants in contempt of the June 8, 2026 preliminary injunction (ECF No. 62), and specifically directed "any individual Defendants to attend." Accordingly, the renewed contempt hearing was held on June 16, with Defendants Lin and Liu in attendance, and subsequently adjourned for continuation on June 22, 2026.

On June 21, 2026, the undersigned notified counsel for Defendants, via e-mail, that Plaintiffs intended to call Defendant Lin as a witness at the June 22 hearing. The undersigned received no response. Defendants Lin and Liu were in attendance at the June 22 hearing, and Defendants' counsel indicated on the record that Defendants did not intend to call Defendants Lin or Liu as witnesses. The hearing was subsequently adjourned for continuation on June 23, 2026.

At 3:29 p.m. on June 22, after the hearing, the undersigned again notified Defendants' counsel, via e-mail, that Plaintiffs intended to call Defendants Lin and Liu as witnesses and that if either witness required an interpreter, Plaintiffs would arrange for one.[1] Defendants' counsel replied that Defendants Lin and Liu would not attend the June 23 hearing. A true and accurate copy of this e-mail exchange is annexed hereto as **Exhibit 1**.

---

[1] Plaintiffs maintain that no interpreter is necessary, given that Defendant Liu already testified in this Court without the use of an interpreter and Defendant Lin signed and filed multiple declarations in this Court and multiple affirmations and a verified complaint in Queens Supreme Court without a translation. Plaintiffs, therefore, remain willing to arrange for an interpreter for Defendants Lin and Liu, subject to reimbursement from Defendants.

2

It is the undersigned's understanding that the Court's June 12 order requires Defendants Lin and Liu's attendance at all dates of the contempt hearing—including tomorrow, June 23—precisely so that they can testify as to their and the other Defendants' non-compliance with the injunction.

Plaintiffs, therefore, respectfully request that Defendants Lin and Liu be directed to attend the continued contempt hearing on June 23.  Plaintiffs also request that the Court advise whether Plaintiffs should provide an interpreter for those Defendants and, in the event the Court deems an interpreter appropriate, direct that the costs be borne by Defendants.  Plaintiffs further request that, in the event Defendants Lin and Liu do not appear tomorrow, the Court draw an adverse inference against Defendants from any failure of Defendants Lin and Liu to appear or testify.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By:   */s/ Joseph M. DiPietro*
Joseph M. DiPietro
Lee Bergstein

cc:   All counsel of record
(via ECF and e-mail)

2