UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                          :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE   :
MANAGEMENT CO., LTD., *et al.*,                            :
                                                          :
                              Plaintiffs,                 :            26 Civ. 4051 (JPC)
                                                          :
             -v-                                          :            AMENDED
                                                          :            PRELIMINARY
MHL NY LLC, *et al.*,                                     :            INJUNCTION ORDER
                                                          :
                              Defendants.                 :
                                                          :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 8, 2026, following a show cause hearing, the Court entered a Preliminary Injunction. Dkt. 62. The Court hereby amends the Preliminary Injunction and orders that:

1. Defendants, their officers, directors, members, shareholders, managers, employees, agents, representatives, attorneys, successors, assigns, and all persons and entities acting in concert or participation with any of them, are enjoined during the pendency of this action from:

    a. utilizing, exploiting, or permitting the use or exploitation of the Molly Tea name, mark, logo, or any colorable imitation thereof, or any other trade name or trademark of the Plaintiffs, including but not limited to U.S. Trademark Registration Nos. 7996117 and 8205316;

    b. utilizing, exploiting, or permitting the use or exploitation of the intellectual property identified in section 1.a, above, on any social media platform, order-placement or delivery platform, or other online platform, including but not limited to WeChat, Weibo, Xiaohongshu (RedNote), Instagram, TikTok, Facebook, YouTube, Dianping, DoorDash, Uber Eats, Grubhub, Seamless, Postmates, ChowNow, HungryPanda, as well as the website mollyteany.com and any other website or

domain utilizing "Molly Tea" or its variations;

c. operating or permitting the operation of any store or other commercial activity at the following locations, to the extent those locations, in any way, make use of the intellectual property identified in section 1.a, above, including by maintaining or displaying same on storefronts, elements of store design, products, or uniforms:

   i. 2857 Broadway, New York, New York 10025;

   ii. 28-07 Jackson Avenue, Long Island City, New York 11101;

   iii. 63 Mott Street, New York, New York 10013;

   iv. 5909 8th Avenue, Brooklyn, New York 11220;

   v. 37-11C Prince Street, Flushing, New York 11354;

   vi. any other location in the United States where Defendants are operating, attempting to operate, or permitting the operation of a "Molly Tea" store, or other commercial activity bearing the intellectual property identified in section 1.a, above; and

d. effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the directives of this injunction;

2. To the extent not already done, Defendants shall immediately transfer to Plaintiffs all administrative access, credentials, ownership rights, and control over the Instagram accounts @mollyteamood and @mollyteany, the RedNote account "茉莉奶白纽约 MollyTea NYC," the website mollyteany.com, and any other social media, e-commerce, delivery-platform, or marketing account established by Defendants under or in connection with the intellectual property identified in section 1.a, above;

3. Defendants shall provide a verified report to the Court by July 8, 2026, setting forth all

actions that they have taken to comply with the initial Preliminary Injunction and this Amended Preliminary Injunction and the dates such actions were taken; and

4. Plaintiffs, having posted security in the amount of $100,000, on June 15, 2026, Dkt. 75, shall maintain that security for the pendency of this action.

SO ORDERED.

Dated: June 23, 2026
      New York, New York

                    JOHN P. CRONAN
              United States District Judge