# LAW OFFICES OF CHEN & ASSOCIATES, P.C.
## COUNSELORS & ATTORNEYS AT LAW

**Queens Office**
**37-12 Prince Street, Suite 9D**
**Flushing, New York 11354**
**Tel: (718)886-1858/4858**
**Fax: (800) 490-0564**

**Brooklyn Office**
**6402 8th Avenue, Suite 604**
**Brooklyn, NY 11220**
**Tel: (347) 899-4777**
**Fax: (800) 490-0564**

**www.ymclaw.com**
*Please direct all correspondence to our Queens Office*

** \** Yimin Chen**
**mindy@ymclaw.com**
**\*Binyue Xiao**
**brianna@ymclaw.com**
**\*Haizhan Zheng**
**allanzheng@ymclaw.com**
**Beini Zhang**
**betty@ymclaw.com**
**Mia Zhang**
**mia@ymclaw.com**
**Sunny Lin**
**sunny@ymclaw.com**
**\*Admitted in NY**
**\*\*Admitted in NY&NJ**

June 24, 2026

Via ECF

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The request is granted as modified. Defendants may file a memorandum of law not exceeding 15 pages. The Clerk of Court is respectfully directed to close Docket Number 84.*

*SO ORDERED.*
*June 25, 2026*
*New York, New York*

JOHN P. CRONAN
United States District Judge

Re:    **Defendants' Letter Motion for Leave to Exceed the Page Limitation Applicable to Motions for Reconsideration**
**Shenzhen Molly Tea Food and Beverage Management Co., Ltd., et al. v. MHL NY LLC, et al., Case No. 1:26-cv-04051 (JPC)**

Dear Judge Cronan:

This office represents Defendants MHL NY LLC, Molly Tea CU LLC, Genesis Brand Management LLC, Mei Hui Lin, Xiaozhe Liu a/k/a Ziaozhe Liu, and Binbin Xu in the above-captioned action.

Defendants respectfully request leave to exceed the page limitation applicable to motions for reconsideration under Local Civil Rule 6.3 and to file a memorandum of law not exceeding twenty-five (25) pages in support of Defendants' forthcoming motion for reconsideration of the Court's preliminary injunction order.

Good cause exists for a modest enlargement of the page limit. The motion will present multiple independent grounds warranting reconsideration, including issues concerning: (1) ownership of the asserted United States trademark rights; (2) the interpretation of a Chinese-language agreement governed by Chinese law; (3) the legal significance of the parties' course of dealing; (4) the operation and activities of entities that were not parties to the December 2023 agreement; (5) Defendants' role in generating the first use and goodwill associated with the

1

MOLLY TEA mark in the United States; and (6) the effect of Plaintiffs' trademark applications and related representations to the United States Patent and Trademark Office.

Defendants have made every effort to limit the motion to issues directly relevant to reconsideration. However, given the number and complexity of the issues presented, Defendants do not believe that they can be adequately addressed within the standard page limitation. Accordingly, Defendants respectfully request leave to file a memorandum of law not exceeding twenty-five (25) pages.

Respectfully submitted,

/s/ Yimin Chen_____
Yimin Chen
Counsel for Defendants