**BFKP**

**BERGSTEIN
FLYNN
KNOWLTON+
POLLINA**

**Joseph DiPietro**
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

June 25, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

> Re:   ***Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; Case No. 1:26-cv-04051-JPC**

Dear Judge Cronan:

We represent the Plaintiffs in the above action. We respectfully submit this letter, pursuant to Rule 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, to request an extension of time until July 22, 2026 for Plaintiffs to file a response to Defendants' anticipated motion for reconsideration of the preliminary injunction.

The Plaintiffs' response is currently due by July 7, 2026. This is the Plaintiffs' first such request for an extension of time. Defendants' counsel does not consent to this request on the ground that the injunction affects the Defendants' business operations and social media accounts.

We respectfully submit that the requested extension is appropriate due to the fact that Defendants sought and obtained leave (*see* ECF No. 85) to file an enlarged memorandum of law in support of their motion and that, in their June 24, 2026 application for leave, Defendants identified numerous "complex" and independent grounds that they intend to raise in support of their motion, all of which are novel issues in the instant litigation and which the Plaintiffs have not yet had an opportunity to examine or address before the Court.

Defendants' belated request to vastly expand the scope of their reconsideration motion comes despite the fact that Defendants' initial letter motion for reconsideration (ECF No. 65) was explicitly based solely upon the validity of the Plaintiffs' termination of the Brand License Agreement and the supposed requirement that the dispute be arbitrated in China.

Therefore, we respectfully submit that the complexity, numerosity, and newness of these anticipated arguments warrant the modest extension of time Plaintiffs request. We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By:  /s/ Joseph M. DiPietro
Joseph M. DiPietro
Lee Bergstein

cc:   All counsel of record
       (via ECF and e-mail)

2