# LAW OFFICES OF CHEN & ASSOCIATES, P.C.

## COUNSELORS & ATTORNEYS AT LAW

**Queens Office**
**37-12 Prince Street, Suite 9D**
**Flushing, New York 11354**
**Tel: (718)886-1858/4858**
**Fax: (800) 490-0564**

**Brooklyn Office**
**6402 8th Avenue, Suite 604**
**Brooklyn, NY 11220**
**Tel: (347) 899-4777**
**Fax: (800) 490-0564**

**www.ymclaw.com**
*Please direct all correspondence to our Queens Office*

**\*\* Yimin Chen**
**mindy@ymclaw.com**
**\*Binyue Xiao**
**brianna@ymclaw.com**
**\*Haizhan Zheng**
**allanzheng@ymclaw.com**
**Beini Zhang**
**betty@ymclaw.com**
**Mia Zhang**
**mia@ymclaw.com**
**Sunny Lin**
**sunny@ymclaw.com**
**\*Admitted in NY**
**\*\*Admitted in NY&NJ**

June 25, 2026

Via ECF

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **Defendants' Objection to Plaintiffs' Letter Motion for Extension of Time to File Response to Defendants' Motion for Reconsideration**
> **Shenzhen Molly Tea Food and Beverage Management Co., Ltd., et al. v. MHL NY LLC, et al., Case No. 1:26-cv-04051 (JPC)**

Dear Judge Cronan:

Defendants respectfully oppose Plaintiffs' request to extend their deadline to respond to Defendants' anticipated motion for reconsideration from July 7, 2026 to July 22, 2026.

Plaintiffs have not demonstrated good cause for the requested extension. At the June 23, 2026 hearing, the Court discussed the anticipated motion for reconsideration and nevertheless maintained the existing briefing schedule. Plaintiffs specifically requested only a modest adjustment to the contempt briefing schedule because of the anticipated overlap in briefing, and the Court accommodated that request while leaving the reconsideration schedule intact.

Nor does the Court's Order granting Defendants leave to file a slightly enlarged memorandum justify the requested extension. Although Defendants requested leave to file a memorandum of up to twenty-five pages, the Court granted the request only as modified, permitting a memorandum not exceeding fifteen pages. Thus, Plaintiffs will be responding to a brief that is only five pages longer than the default limitation.

1

Moreover, the preliminary injunction continues to substantially impair Defendants' business operations, including their branding and social media activities. Prompt resolution of the motion for reconsideration is therefore important to avoid further prejudice to Defendants. A two-week extension would unnecessarily prolong those ongoing burdens.

Accordingly, Defendants respectfully request that the Court deny Plaintiffs' request and maintain the current briefing schedule.

Respectfully submitted,

/s/ Yimin Chen_____
Yimin Chen
Counsel for Defendants

2