**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., MOLLYTEA SHOPS LLC, and MOLLY TEA HOLDING INC. )<br><br>Plaintiffs, )<br><br>and )<br><br>MOLLYTEA SHOPS LLC, derivatively on behalf of MOLLY TEA NYC INC., MOLLY TEA BK INC., and MOLLY TEA MANHATTAN CHINATOWN INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MHL NY LLC, MOLLY TEA CU LLC, GENESIS BRAND MANAGEMENT LLC, MEI HUI LIN, XIAOZHE LIU a/k/a ZIAOZHE LIU, and BINBIN XU, )<br><br>Defendants, )<br><br>and )<br><br>MOLLY TEA NYC INC., MOLLY TEA BK INC., and MOLLY TEA MANHATTAN CHINATOWN INC., Nominal Defendants. )  | **Case No. 1:26-cv-04051 (JPC)**<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 6.3 and the Court's Order

dated June 11, 2026, Defendants MHL NY LLC, Molly Tea CU LLC, Genesis Brand

Management LLC, Mei Hui Lin, Xiaozhe Liu, and Binbin Xu hereby move this Court for an

Order reconsidering the Amended Preliminary Injunction entered on June 23, 2026.


The motion is based upon the accompanying Memorandum of Law, the Declarations of

Mei Hui Lin and Yue Lang, the exhibits attached thereto, the pleadings and papers previously

filed in this action, and such other matters as the Court may consider.


Dated: June 29, 2026

Respectfully submitted,


By: /Michael Cukor/s
Michael Cukor, Esq.
**McGeary Cukor LLC**
1460 Broadway
New York NY 10036
mcukor@mcgearycukor.com

Yimin Chen
37-12 Prince Street, Suite 9D
Flushing, NY 11354
718-886-4858
Email: chenattorney@yahoo.com

Peter Erik Sverd
**Law Offices of Peter Sverd, PLLC**
225 Broadway, Ste. 613
New York, NY 10007
(646) 751-8743
Fax: (212) 964-9516

Attorneys for Defendants