# Exhibit No. 2

## To the Declaration of Mei Hui Lin

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98360430 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/98360430/large |
| **LITERAL ELEMENT** | MOLLY TEA |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION** | |
| **NAME** | Shenzhen Molly Tea Food and Beverage Management Co., Ltd. |
| **INTERNAL ADDRESS** | District,Dalang Community, Xin 'an St, |
| **MAILING ADDRESS** | Room 301,Building 2,Industrial Plant,28 |
| **CITY** | Bao 'an Dist, Shenzhen |
| **ZIP/POSTAL CODE** | 518000 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | China |
| **PHONE** | 6784586646 |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | QIN TAO |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | qtesq1001@gmail.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | DAassi2403A@outlook.com; Janiepeng02@semhope.com |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 043 |
| **CURRENT IDENTIFICATION** | Eateries; Bar services; Bubble tea shops; Café services; Providing of food and drink; Rental of cooking equipment for industrial purposes; Rental of portable buildings; Rental of water dispensers; Restaurant services; Tea shops |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 04/06/2024 |
| **FIRST USE IN COMMERCE DATE** | 04/06/2024 |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ |

| SPECIMEN FILE NAME(S) | SOU0002.JPG |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ SOU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ SOU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ SOU0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3 \ SOU0008.JPG |
| SPECIMEN DESCRIPTION | Photos of goods, namely, Bar services; Bubble tea shops |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| ORIGINAL PDF FILE | hw_26001700f72129f059df77 a9808c32cb-123413360_.___ _____.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\983\604\98360430\xml3\ SOU0009.JPG |
| SIGNATORY'S NAME | Zhang Biao |
| SIGNATORY'S POSITION | Principal |
| SIGNATORY'S PHONE NUMBER | 6784586646 |
| SIGNATURE METHOD | Handwritten |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jan 09 02:06:04 ET 2025 |
| TEAS STAMP | USPTO/SOU-XXXX:XXX:XXXX:X XXX:XXXX:XXXX:XXXX:XXXX-2 0250109020604524414-98360 430-850cbb13db37d2f9ef138 aadf4d48aa9a33c25e406c64d f5e6ddc6641ed38774145-DA- 06048104-2025010902041883 4458 |

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** MOLLY TEA (Stylized and/or with Design, see mark)
**SERIAL NUMBER:** 98360430

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
Shenzhen Molly Tea Food and Beverage Management Co., Ltd., having an address of
   District,Dalang Community, Xin 'an St,
   Room 301,Building 2,Industrial Plant,28
   Bao 'an Dist, Shenzhen, 518000
   China
   Phone: 6784586646
   Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 043:
Current identification: Eateries; Bar services; Bubble tea shops; Café services; Providing of food and drink; Rental of cooking equipment for industrial purposes; Rental of portable buildings; Rental of water dispensers; Restaurant services; Tea shops

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/06/2024, and first used in commerce at least as early as 04/06/2024, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photos of goods, namely, Bar services; Bubble tea shops.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information**
   QIN TAO
   PRIMARY EMAIL FOR CORRESPONDENCE: qtesq1001@gmail.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): DAassi2403A@outlook.com; Janiepeng02@semhope.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

**Original PDF file:**
hw_26001700f72129f059df77 a9808c32cb-123413360_.___ _____.pdf
**Converted PDF file(s)** (1 page)
Signature File1

Signatory's Name: Zhang Biao
Signatory's Position: Principal
Signatory's Phone: 6784586646
Signature method: Handwritten

PAYMENT: 98360430
PAYMENT DATE: 01/10/2025

Serial Number: 98360430
Internet Transmission Date: Thu Jan 09 02:06:04 ET 2025
TEAS Stamp: USPTO/SOU-XXXX:XXX:XXXX:XXXX:XXXX:XXXX:X
XXX:XXXX-20250109020604524414-98360430-8
50cbb13db37d2f9ef138aadf4d48aa9a33c25e40
6c64df5e6ddc6641ed38774145-DA-06048104-2
0250109020418834458





Molly Tea | 茉莉奶白                                          专注「茉莉香·中国茶」

**Premium Jasmine Milk Tea**
粉茶针王
Green Tea+Fresh Milk
**$6.79**

**Gardenia Milk Tea**
栀子奶白
Green Tea+Fresh Milk
**$6.39**

**Osmanthus Green Tea**
桂花绿针
Green Tea+Fresh Milk
**$6.39**

**White Champaca Milk Tea**
白兰
Green Tea+Fresh Milk
**$6.79**

## FRESH MILK TEA            鲜茶奶白系列

| | |
|---|---|
| Classic Jasmine Milk Tea<br>茉莉奶白<br>Green Tea+Fresh Milk | **$6.39** |
| Golden Peony Milk Tea<br>水金龟<br>Black Tea+Fresh Milk | **$6.79** |
| Peach Oolong Milk Tea<br>蜜桃乌龙<br>Oolong Tea+Fresh Milk | **$6.39** |
| DanCong Oolong Milk Tea<br>单丛<br>Oolong Tea+Fresh Milk | **$6.79** |

## SNOWY WHIPPED CREAM        云雾奶白系列

| | |
|---|---|
| Snowy Jasmine<br>一朵茉莉花<br>Green Tea+Fresh Milk+Jasmine Whipped Cream | **$7.50** |
| Snowy Golden Peony<br>一口水金龟<br>Black Tea+Fresh Milk+Jasmine Whipped Cream | **$7.80** |
| Snowy Gardenia<br>一朵栀子花<br>Green Tea+Fresh Milk+Jasmine Whipped Cream | **$7.50** |
| Snowy DanCong<br>一口单丛<br>Oolong Tea+Fresh Milk+Jasmine Whipped Cream | **$7.80** |

## FRESH OAT MILK TEA (VEGAN)   鲜茶燕麦系列

| | |
|---|---|
| Premium Jasmine Oat Milk Tea<br>针王燕麦<br>Green Tea+Oat Milk | **$6.79** |
| Gardenia Oolong Oat Milk Tea<br>栀子燕麦<br>Green Tea+Oat Milk | **$6.79** |
| White Champaca Oat Milk Tea<br>白兰燕麦<br>Green Tea+Oat Milk | **$6.79** |

## TOPPINGS                   小料

| Jasmine Whipped Cream with Pecan<br>茉莉山核 **$2.5** | Pecan<br>碧根果 **$0.8** | White Boba<br>珍珠 **$0.8** |
|---|---|---|

**SUGAR LEVEL** 糖度

| Regular 100%<br>正常糖 | Recommended 70%<br>★七分糖｜推荐 | Medium 50%<br>五分糖 |
|---|---|---|
| Less Sugar 30%<br>三分糖 | Sugar Free 0%<br>无糖 | |

**ICE LEVEL** 冰度

| Regular<br>正常冰 | Less Ice Recommended<br>★半冰｜推荐 | No Ice<br>去冰 |
|---|---|---|











## Declaration for SOU

Read the following statements before signing. Acknowledge the statements by signing below.

The signatory believes that the applicant is the owner of the mark sought to be registered.

**For a trademark or service mark application**, the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.

**For a collective trademark**, collective service mark, collective membership mark application, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.

**For a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Signature Section:**

Signature:_____*Zhang biao*_____

Signatory's Name:__Zhang Biao_____

Signatory's Position:__Principal_____

Date Signed:__2025/1/2_____

NOTE TO APPLICANT: When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information and the declaration language. Do not include the entire application, but do ensure that the declaration language actually appears; a signature by itself will not be acceptable. If, due to browser limitations, the declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the one complete page can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

RAM SALE NUMBER:  98360430

RAM ACCOUNTING DATE:  20250110

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2025/01/09                                                          98/360430

| Description | Fee Code | Transaction Date | Total Fees Paid |
|-------------|----------|------------------|-----------------|
| SOU         | 7003     | 2025/01/09       | 100             |