Exhibit No. 4

To the Declaration of Mei Hui Lin

mollyteanyofficial ✔ ⌄  ⓐ  ☰



mollyteany

**171**  **12.9K**  **117**
posts   followers   following

Bubble Tea Shop
✨ Jasmine Delight at First Sight... ✨
📍 Flushing | Brooklyn | Chinatown, Manhattan | Barclays Center | Columbia University
🔗 linktr.ee/mollyteaofficia... and 1 more

**Professional dashboard**
New tools are now available.  ●

| Edit profile | Share profile |

**Discover people**  ✕



amanda ♡ nyc foo...   MollyTea.Boston   Ken W
8 mutuals   5 mutuals   1 mutua

| Follow back | Follow back | Follow b |



New   EVENTS   MERCH   MOLLY   NEW STORE

