Exhibit No. 5

To the Declaration of Mei Hui Lin

**Trademark/service mark application, Principal Register**

Serial number: 99379782
Mark: Molly Tea
Mark format: Standard character
Filing date: September 8, 2025 at 10:56:45 AM ET
Docket number:
Owner name: Shenzhen Molly Tea Food and Beverage Management Co., Ltd.
Amount paid: $ 700 (2 classes)

# Trademark details

## Mark

MOLLY TEA

## Mark Format

**Standard character**
The mark consists of standard characters, without claim to any particular font style, size, or color.

# Owner information

| | |
|---|---|
| *Name | Shenzhen Molly Tea Food and Beverage Management Co., Ltd. |
| Entity type | Limited Company |
| Place of organization/citizenship | China |
| **Mailing address information** | |
| *Address line 1 | Room 301, Building 2, Industrial Factory, Block 28 |
| Address line 2 | Dalang Community, Xinan Subdistrict, Baoan District |
| *City | Shenzhen |
| *Zip/postal code | 518100 |
| *Country/region/jurisdiction/territory | China |
| *Email address | ******* |
| **Domicile address information** | |

The mailing address is the same as the owner's domicile address.

# Goods and services

## Filing basis information

Section 1(a)

## Identification of goods and services

**International Class 035**

Filing basis: Section 1(a)

Franchise services, namely, offering business management assistance in the establishment and operation of **milk tea shops**; Consumer loyalty services for commercial, promotional, and/or advertising purposes, namely, administration of frequent flyer program that allows members to redeem miles for points or awards offered by other loyalty programs; Administration of a consumer loyalty program to promote rental of apartments by others; Drive-through retail store services featuring coffee and related goods; Providing consumer product information relating to food or drink products; Business management advisory services relating to franchising; Restaurant franchising, namely, offering business management assistance in the establishment and/or operation of restaurants

**Specimen Information**

| | |
|---|---|
| First use anywhere date | At least as early as 02/15/2021 |
| First use in commerce date | At least as early as 04/06/2024 |
| Specimen file name | Specimen 3.jpg |
| URL | https://usa.mollytea.com/franchise-partner-opportunities/ |
| Date of access | 09/05/2025 |
| Description | The specimen consists of promotional material displaying the applied-for mark MOLLY TEA in connection with applicants franchising services. The document entitled Franchise Process sets forth the steps for franchise applicants, including qualification verification, site counseling, contract execution, training, and store opening |

| | support. The mark appears prominently at the top of the document, and the material is used in commerce to advertise and promote applicants business management and franchising services to prospective franchisees. |
|---|---|
| **Specimen Information** | |
| First use anywhere date | At least as early as 02/15/2021 |
| First use in commerce date | At least as early as 09/05/2025 |
| Specimen file name | Specimen 5.jpg |
| URL | None specified. |
| Date of access | None specified. |
| Description | The specimen consists of a photograph of in-store promotional signage displaying the applied-for mark MOLLY TEA in connection with applicants customer loyalty and rewards program services. The sign advertises the Top-Up Rewards program, under which customers receive bonus credit when adding funds to their accounts (e.g., Top Up $50, Get $5 Free). The mark appears prominently at the top of the signage, demonstrating use of the mark in commerce in connection with the administration and promotion of a customer loyalty program. |

**International Class 043**

Filing basis: Section 1(a)

Bubble tea shops; Tea shops; Cafe and restaurant services; Coffee and tea bar services; Restaurant services, including sit-down service of food and take-out restaurant services; Bar services; Restaurant services

| **Specimen Information** | |
|---|---|
| First use anywhere date | At least as early as 02/15/2021 |
| First use in commerce date | At least as early as 04/06/2024 |
| Specimen file name | Specimen 2.jpg |
| URL | None specified. |
| Date of access | None specified. |
| Description | The specimen consists of a photograph of a beverage cup prominently displaying the applied-for mark MOLLY TEA. The cup is used in the provision of applicants tea shop and cafe services, including the preparation and sale of tea-based beverages to customers for on-premises and take-out consumption. |

| **Specimen Information** | |
|---|---|
| First use anywhere date | At least as early as 02/15/2021 |
| First use in commerce date | At least as early as 04/06/2024 |
| Specimen file name | Specimen 4.jpg |
| URL | None specified. |
| Date of access | None specified. |
| Description | The specimen consists of a photograph of applicants boba tea store signage prominently displaying the applied-for mark MOLLY TEA in connection with tea shop and cafe services. The sign appears above the entrance of applicants tea shop and is used in commerce to identify and promote applicants restaurant and beverage services to customers. |

| **Specimen Information** | |
|---|---|
| First use anywhere date | At least as early as 02/15/2021 |
| First use in commerce date | At least as early as 04/06/2024 |
| Specimen file name | Specimen 1.jpg |
| URL | https://www.doordash.com/store/molly-tea-flushing-flushing-32863804/78014425/?srsltid=AfmBOoqKELUEs4CImEFX6a7QmmPIwe2Bp14RkrdQ05kxTzPvIdFb6k2y |

| Date of access | 09/05/2025 |
|---|---|
| Description | The specimen consists of a screenshot from the third-party delivery platform DoorDash, showing applicants store page under the name MOLLY TEA. The mark MOLLY TEA appears prominently in the banner and product listings for beverages, including milk tea and tea-based drinks. The page demonstrates use of the applied-for mark in commerce in connection with applicants restaurant and tea shop services, specifically the preparation and sale of beverages for delivery and take-out to U.S. consumers. |

## Additional statements

| | |
|---|---|
| Translation (if applicable) | |
| Transliteration (if applicable) | |
| Consent (name/likeness) (if applicable) | |
| Claim of ownership of active prior registrations(s) (if applicable) | |
| Section 2(f) Claim of acquired distinctiveness (if applicable) | |
| Additional statements including use of the mark in another form (if applicable) | |
| Significance of mark | |
| Disclaimer | No claim is made to the exclusive right to use No claim is made to the exclusive right to use "TEA" apart from the mark as shown., apart from the mark as shown. |

## Attorney information

### Attorney name and address

| | |
|---|---|
| *Name | Yiming Chen |
| Law firm | iLead Law Group, P.C. |
| *Address line 1 | 99 Park Ave., Suite 830 |
| *City | New York |
| *State/territory | New York |
| *Zip/postal code | 10016 |
| *Country/region/jurisdiction/territory | United States |
| *Email address | rchen@ileadlaw.com |
| Primary telephone number | (212) 836-6053 |
| Extension | None specified. |

### Attorney registration information

| | |
|---|---|
| *Bar membership or registration number | ******* |
| *Jurisdiction | ******* |
| *Year of admission | ******* |

### Statement of good standing

The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state or commonwealth, the District of Columbia, or any U.S. territory.

Docket or reference number

## Correspondence information

| | |
|---|---|
| *Correspondence name | Yiming Chen |
| *Primary correspondence email address | rchen@ileadlaw.com |
| Courtesy copy email addresses | GMo@mollytea.com; hyang@ileadlaw.com |

## Fee information

| | |
|---|---|
| Application filing option | Trademark/service mark application, Principal Register |
| Number of classes | 2 |
| Base application fee, per class | $ 350 |
| Total fees paid | $ 700 |

## Declaration and signature

### Declaration

[ X ] Basis:

If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):
- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

And/or
If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):
- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

[ X ] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

[ X ] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

[ X ] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

| Electronic Signature | /yc/ |
|---|---|
| Signatory's name | Yiming Chen |
| Signatory's position | Attorney of record, New York Bar member. |
| Date signed | 09/08/2025 |
| Signature method | Signed directly within the form |

STAMP:USPTO/APPB-**.**.**.***-20250908105645085-99379782-17.1-de1353a6-b8ab-4dbd-8139-cce706826df2-CARD-20250905153949733523

# Molly Tea





