UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE                                    :
MANAGEMENT CO., LTD., *et al.*                                          :
                                                                       :
                                     Plaintiffs,                        :          26 Civ. 4051 (JPC)
                                                                       :
              -v-                                                       :          ORDER
                                                                       :
MHL NY LLC, *et al.*,                                                   :
                                                                       :
                                     Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 11, 2026, the Court set a briefing schedule for Defendants' motions for reconsideration and to compel arbitration.  Dkt. 68.  The deadline for both motions was June 29, 2026, but the docket reflects that Defendants have filed only the motion for reconsideration, *see* Dkt. 90.  By July 1, 2026, Defendants shall file a letter advising whether they still intend to move to compel arbitration, and if so, show cause why the Court should allow this motion despite its untimely submission.

SO ORDERED.

Dated: June 30, 2026                          _____
        New York, New York                             JOHN P. CRONAN
                                                  United States District Judge