# Exhibit 1

Audio File  Ex 1 - 6.10.26 Phone Call to Molly Tea Brooklyn 2.28pm.mp3 unable to be e-filed, exhibit submitted by email