# **Exhibit 2**

Audio File  Ex 2 - 6.10.26 Phone Call to Molly Tea Chinatown 2.24pm.mp3 unable to be e-filed, exhibit submitted by email