# Exhibit 3

Audio File  Ex 3 - 6.10.26 Phone Call to Molly Tea Columbia 2.31pm.mp3 unable to be e-filed, exhibit submitted by email