# Exhibit 4

Audio File  Ex 4 - 6.10.26 Phone Call to Molly Tea Flushing 2.26pm.mp3 unable to be e-filed, exhibit submitted by email