# Exhibit 5

**r/Flushing** • 21d ago
BowlofRice8

## Molly Tea shuts down 😭?



Anyone knows what happened to Molly Tea? Apparently they removed all their NY stores.

⬆ 535 ⬇ · 💬 162