# Exhibit 6



**r/Flushing** • 8d ago
Healthy_Block3036

# Can someone explain the drama with Molly's Tea?

Are they permanently closed like Google suggest?

⬆ 30 ⬇ · 💬 22

**coorslight** • Promoted

More goals this summer means more celebrations with Coooors Light.

Learn More                          coorslight.com

**scaredpanda1** • 8d ago
Initially the store shared a letter about the closure/rapid rebranding:
https://www.reddit.com/r/Flushing/s/3x81JVdA9E

Someone looked up the actual legal docs: https://www.reddit.com/r/Flushing/s/Vp4cirKjga

TLDR: the franchise owner for Queens NY/NJ 🔍 (and an unauthorized store in Cali) did some shady accounting to avoid paying Molly Tea 🔍 international franchise fees 🔍 and tried to use an emotional appeal to control the narrative.

⊖    ⬆ 105 ⬇

**KuRaiMEUnseen** • 8d ago
^^ + They are unable to officially operate under the brand of Molly Tea now so are dodging around this by being named "? Tea 🔍" and covering the names of the drinks.