# Exhibit 7

Q68ASheC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

SHENZHEN MOLLY TEA FOOD AND
BEVERAGE MANAGEMENT CO., LTD.,
*et al.*,

           Plaintiffs,

        v.                  26 Civ. 4051 (JPC)

MHL NY LLC, *et al.*,

                                Conference

           Defendant.

-------------------------------x

                                New York, N.Y.
                                June 8, 2026
                                2:05 p.m.

Before:

                    HON. JOHN P. CRONAN,

                                  District Judge

                      APPEARANCES

BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC
     Attorneys for Plaintiffs
BY:  LEE BERGSTEIN
     JOSEPH M. DIPIETRO

YIMIN CHEN
     Attorney for Defendants

PETER E. SVERD
     Attorney for Defendants

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Q68ASheC

MS. CHEN:  Yes.

THE COURT:  1.2 million a month you estimate?  I don't know the bubble tea business particularly well, but that strikes me as pretty high.  That's a lot of bubble tea.

MS. CHEN:  Yeah, because my client made the successful launch of social media.

Your Honor, my client is here so he knows the details of those sales.

THE COURT:  If you wish him to sit at counsel table with you, he may in case you wish to consult with him.  But I think we're done with the evidentiary portion of the hearing.

MS. CHEN:  Your Honor, for the four stores for Flushing, the monthly gross income is 600, and for the Brooklyn store is 400, and for the China store is also 400.

THE COURT:  Which store was the last one you said?

MS. CHEN:  The last one in Chinatown.

THE COURT:  Chinatown.

Mr. Bergstein, what are your views as to an appropriate bond here?

MR. BERGSTEIN:  Thank you, your Honor.  Federal Rule of Civil Procedure 65(c) is pretty clear the party seeking security bears the burden of establishing a rational basis for the amount of the proposed bond.  That basis can't be speculative for speculative damages.  And one case that we didn't cite in our initial papers, and we actually didn't cite