# Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

SHENZHEN MOLLY TEA FOOD AND
BEVERAGE MANAGEMENT CO., LTD.,
*et al.*

                Plaintiffs,

            v.                          26 Civ. 4051 (JPC)

MHL NY LLC, *et al.*

                                        Conference

                Defendants.

-------------------------------x
                                        New York, N.Y.
                                        June  11, 2026
                                        10:00 a.m.

Before:

                    HON. JOHN P. CRONAN,

                                        District Judge

                        APPEARANCES

BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC
      Attorneys for Plaintiffs
BY:  JOSEPH M. DiPIETRO
      LEE B. BERGSTEIN

YINMIN CHEN
PETER E. SVERD
      Attorneys for Defendants

MR. BERGSTEIN:  Similarly, look, this was -- unfortunately, the stores were outfitted as Molly Tea stores, and the steps needed to be taken in order to comply with the order would be substantial.

THE COURT:  I mean, Mr. Sverd, I mean, that's kind of why I was kind of anticipating that the stores would not be able to operate.  They were opened as Molly Tea stores.  It seems like it would need to function as a completely different store to be able to operate in the space.  I mean you couldn't use the Molly Tea marks.  You could not use common law marks and trade dress.  You could not use Molly Tea inventory.

I don't know what that means for the store, and I did see -- I noticed Ms. Chen got your attention to raise this issue.  And I'm a little concerned because I did make an emphasis to Ms. Chen before compliance here, and I'm also worried with attorney's compliance here as well, given how clear I thought I was with Ms. Chen on Monday and what I learned happened since.

So, you can't just operate the exact same store with the same inventory, the same trade dress.  It needs to not be infringing.

MR. SVERD:  That's perfectly clear, Judge.  I don't see any conflict there.

You know, this may come down at some point that the incandescent light in the left-hand corner of the rear of the