# Exhibit 11

Q6NESHEH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

SHENZHEN MOLLY TEA FOOD AND
BEVERAGE MANAGEMENT CO., LTD.,
et al.,

                    Plaintiffs,

          v.                              26 Civ. 4051 (JPC)

MHL NY LLC, et al.,

                                          Hearing

                    Defendants.

-------------------------------x

                                          New York, N.Y.
                                          June 23, 2026
                                          11:00 a.m.

Before:

                    HON. JOHN P. CRONAN,

                                          District Judge

                         APPEARANCES

BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC
     Attorneys for Plaintiffs
BY:  LEE BRETT BERGSTEIN
     JOSEPH MATTHEW DIPIETRO

     Attorneys for Defendants
BY:  YIMIN CHEN
     -and-
     PETER ERIK SVERD

Also Present:

William Bettimelli, Mandarin Language Interpreter

know if there was a question that was asked.

THE COURT REPORTER:  I think it started with "what about."  That's overruled.

A.   I don't believe there's a logo on the flower designs.

Q.   Now, is it your testimony that this menu exists but somehow the ? Tea is using this in violation of the Court's order?

MR. BERGSTEIN:  Objection.

THE COURT REPORTER:  Overruled.

A.   Would you be able to pull out the product Snowy Jasmine from ? Tea to compare the two?

Q.   Perhaps.  But my question for you was, are you claiming that ? Tea is continuing to use this menu in violation of the Court's order?  And I am going to take it away because --

A.   Yes, because they're still continuing to use all of our photos, they just removed the logo and put the question mark logo over it.

Q.   Well, doesn't that menu itself just serve a purpose of telling people what drinks they can order?

A.   That was the exclusive content of our company that was provided to them for them to use.

Q.   I see.  But my question to you is, doesn't that menu, just by itself, just tell people what drinks they can order?  What's special about that menu that makes it so important to Molly's brand itself that you believe that defendants should be in contempt for using it?

THE COURT:  Okay.

Can I just ask, Mr. Gao, when -- we've seen photos of Molly Tea drinks today and yesterday.  Are those photographs provided by Molly Tea to the stores?

THE WITNESS:  Yes.

THE COURT:  And are those the same photographs provided to all Molly Tea stores for those drinks?

THE WITNESS:  Yes.

THE COURT:  Yesterday, we also -- there was also testimony about the Eastern Jasmine Tea sign that Shenzhen Molly Tea headquarters sent to the store in Chinatown.  Do you remember that?

THE WITNESS:  I remember.

THE COURT:  Do all Molly Tea stores have that sign?

THE WITNESS:  From -- starting last year in November, they all had to transition to that sign.

THE COURT:  And there was also testimony -- you also gave testimony about these preprogrammed automatic tea makers, but it also sounds like Molly Tea stores have manual recipes too.  Did I understand that correctly?

THE WITNESS:  They can be done by hand or they can be done by machine.

THE COURT:  Okay.  If the stores had the machine, why was there a need to send the recipe as well?

THE WITNESS:  If there were to be some sort of a