# Exhibit 12



**BERGSTEIN FLYNN KNOWLTON+ POLLINA**

## Bergstein Flynn Knowlton & Pollina PLLC

780 Third Avenue, Suite 902
New York, New York 10017
Phone: (212) 803-9025

# INVOICE

Invoice # 4172
Date: 07/01/2026
Due On: 07/22/2026

Shenzhen Molly Tea Food and Beverage Management Co., Ltd.   MOLLYTEA FRANCHISING LLC   MOLLYTEA SHOPS LLC   MOLLY TEA HOLDING INC.

## 01479-Molly Tea - 2857 Broadway - Franchise Dispute - Litigation - Molly Tea

## Molly Tea - 2857 Broadway - Franchise Dispute - Litigation - Molly Tea

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|------|------|----------|-------|----------|------|-------|
| Service | 06/17/2026 | LL | Research: research and synthesize relevant caselaw on contempt of injunction order | 0.83 | $490.00 | $406.70 |
| Service | 06/17/2026 | JD | Appear for Court Date: Prepare and appear for contempt and sanctions hearing, post-hearing notes, strategy, and organization, and draft supplemental briefing requested by the court in support of contempt | 6.84 | $480.00 | $3,283.20 |
| Service | 06/17/2026 | LB | Appear for/attend: prepare for an attend evidentiary hearing; strategize post-argument re additional filings, email client | 5.20 | $550.00 | $2,860.00 |
| Service | 06/17/2026 | LB | Communicate (with client): call with client re motion, resolving motion, | 1.04 | $550.00 | $572.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | other issues, post-call strategy | | | |
| Service | 06/17/2026 | LL | Communicate (with client): debrief & strategy Zoom call after first day of contempt hearing. | 1.33 | $490.00 | $651.70 |
| Service | 06/17/2026 | LL | Appear for/attend: contempt hearing | 3.35 | $490.00 | $1,641.50 |
| Service | 06/17/2026 | MM | Plan and prepare for: Compile, organize, and label comprehensive hearing binder for 6/22 contempt hearing, encompassing affirmations, orders, complaints, declarations, evidentiary materials, and exhibits; prepare court-ready exhibit set for submission to the court and service on opposing counsel. | 1.50 | $250.00 | $375.00 |
| Service | 06/17/2026 | MM | Appear for Court Date: Appear at court hearing and authenticate firm-researched exhibits to establish admissibility; provide testimony as witness in connection with court appearance. | 4.00 | $250.00 | $1,000.00 |
| Service | 06/17/2026 | MM | Plan and prepare for: Coordinate with and confirm retained Mandarin interpreter re: hearing logistics, appearance details, and payment arrangement for 6/17 contempt hearing. | 0.25 | $250.00 | $62.50 |
| Service | 06/18/2026 | LL | Draft/revise: analyzed supporting documents and drafted briefing to Judge outlining specificities of Defendants' contempt. | 5.34 | $490.00 | $2,616.60 |
| Service | 06/18/2026 | JD | Prepare/draft: Research and draft supplemental briefing in support of contempt motion, review files from client in support of brief, strategize, prepare electronic device order | 4.65 | $480.00 | $2,232.00 |
| Service | 06/18/2026 | LB | Plan and prepare for: coordinate with witnesses, translator for June 22 hearing | 0.24 | $550.00 | $132.00 |
| Service | 06/19/2026 | LB | Draft/revise: revise letter to the court | 1.24 | $550.00 | $682.00 |
| Service | 06/19/2026 | LL | Draft/revise: analyzed supporting documents and drafted briefing to Judge outlining specificities of Defendants' contempt. | 0.09 | $490.00 | $44.10 |
| Service | 06/19/2026 | JD | Draft/revise: Review and revise supplemental letter in support of contempt, strategize, prepare | 2.19 | $480.00 | $1,051.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | exhibits, and organize and file | | | |
| Service | 06/20/2026 | LB | Plan and prepare for: witness prep for June 22 hearing | 0.87 | $550.00 | $478.50 |
| Service | 06/21/2026 | LB | Plan and prepare for: prepare for hearing -- email with clients, revise scripts, coordinate with client, additional witness preparation, review additional exhibits | 1.79 | $550.00 | $984.50 |
| Service | 06/22/2026 | JD | Appear for Court Date: Prepare and appear for continued hearing on contempt motion, post-hearing strategy, organization, and preparation and research in support of continued hearing, and draft letter motion to compel defendants' attendance and testimony | 8.46 | $480.00 | $4,060.80 |
| Service | 06/22/2026 | LB | Appear for/attend: prepare for continued meeting, additional witness prep and trade dress research; attend continued hearing; strategy re trade dress issues, additional research, adverse witnesses | 5.92 | $550.00 | $3,256.00 |
| Service | 06/22/2026 | BS | Research: Researched the elements for a trademark, trade dress, and trade secret dispute under Section 43 and Section 32 of the Lanham Act Analyzed likelihood of success for a claim of trade dress violation for the visual image and layout of a restaurant and likelihood of success for a claim of trade secret violation for menu items and recipes Researched elements for enforcing a preliminary injunction against a holdover licensee in a Lanham Act dispute Researched elements for consumer confusion claims and safe distance rule defenses | 2.00 | $0.00 | $0.00 |
| Service | 06/22/2026 | MM | Plan and prepare for: Compile, organize, and label comprehensive hearing binder for the continuation of the 6/23 contempt hearing, encompassing affirmations, orders, complaints, declarations, evidentiary materials, and exhibits; prepare court-ready exhibit set for submission to the court and service on opposing counsel. | 1.00 | $250.00 | $250.00 |
| Service | 06/22/2026 | MM | Plan and prepare for: Coordinate with | 0.67 | $250.00 | $167.50 |

Invoice # 4172 - 07/01/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | SDNY-approved interpreter roster to identify and retain Mandarin interpreter for witness testimony for 6/23 contempt hearing. | | | |
| Service | 06/22/2026 | MM | Appear for Court Date: Attend and assist attorneys at 6/22 contempt hearing. | 3.00 | $250.00 | $750.00 |
| Service | 06/23/2026 | JD | Appear for Court Date: Research, prepare, and appear for continued contempt hearing, post-hearing strategy and organization, electronic service of summons and complaint, and draft post-hearing supplemental briefing | 7.93 | $480.00 | $3,806.40 |
| Service | 06/23/2026 | LL | Organize: strategy meeting after contempt hearing for upcoming motion deadlines | 0.35 | $490.00 | $171.50 |
| Service | 06/23/2026 | CM | Communicate (other external): Phone call and email with Court Reporter re: transcript of 6.23 hearing. | 0.20 | $295.00 | $59.00 |
| Service | 06/23/2026 | LB | Appear for Court Date: prepare for continued hearing, conduct continued hearing; review revised PI; email client | 3.92 | $550.00 | $2,156.00 |
| Service | 06/24/2026 | JD | Prepare/draft: Review docket, transcripts, hearing evidence, and research and draft post-hearing contempt brief | 6.60 | $480.00 | $3,168.00 |
| Service | 06/25/2026 | LL | Meeting with Client: strategy meeting w/Amber re ███████████ ████ | 0.59 | $490.00 | $289.10 |
| Service | 06/25/2026 | LB | Communicate (with client): call with client to discuss results of hearing, contempt supplemental briefing | 0.37 | $550.00 | $203.50 |
| Service | 06/25/2026 | LB | Communicate (other external): call with expert on chinese law | 0.47 | $550.00 | $258.50 |
| Service | 06/25/2026 | JD | Review/analyze: Review transcripts, exhibits, and filings in support of contempt briefing | 2.00 | $480.00 | $960.00 |
| Service | 06/26/2026 | JD | Prepare/draft: Research, outline, and draft post-hearing contempt briefing | 6.50 | $480.00 | $3,120.00 |
| Service | 06/30/2026 | JD | Prepare/draft: Research, organize, outline, strategize regarding, and draft post-hearing supplemental brief in support of contempt motion | 7.64 | $480.00 | $3,667.20 |

| Service | 06/30/2026 | LB | Draft/revise: revise contempt motion | 1.20 | $550.00 | $660.00 |
| Service | 07/01/2026 | LB | Draft/revise: revise contempt post hearing brief | 1.04 | $550.00 | $572.00 |
| Service | 07/01/2026 | JD | Draft/revise: Revise, research, and prepare post-hearing brief and exhibits in support of contempt motion | 5.46 | $480.00 | $2,620.80 |

| | | | **Services Subtotal** | **$49,269.80** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/21/2026 | Translation Services: Junjie Chen - Court Interpretation & Translation Services Witness Testimony Preparation with Jason Gao | 1.00 | $500.00 | $500.00 |
| Expense | 06/22/2026 | Translation Services: Junjie Chen Interpretation Services (Mandarin to English) for federal court hearing | 1.00 | $500.00 | $500.00 |
| Expense | 06/23/2026 | Court Fees: Southern District Reporters Original Transcript of Hearing<br><br>Invoice #0578686-IN | 1.00 | $389.07 | $389.07 |
| Expense | 06/23/2026 | Court Fees: Southern District Reporters Original Transcript of Hearing<br><br>Invoice #0578687-IN | 1.00 | $332.88 | $332.88 |
| Expense | 06/24/2026 | Court Fees: Southern District Reporters Original Transcript<br><br>Invoice #0578772-IN | 1.00 | $262.80 | $262.80 |
| Expense | 06/30/2026 | Court Fees: Southern District Reporters Original Transcript<br><br>Invoice #0578636-IN | 1.00 | $161.13 | $161.13 |
| Expense | 07/01/2026 | Other: MDGPI Inc. Initial Investigation — Phone Calls To Infringing Molly Tea Locations | 1.00 | $1,155.00 | $1,155.00 |

| | | **Expenses Subtotal** | **$3,300.88** |
| | | **Subtotal** | **$52,570.68** |
| | | **Total** | **$52,570.68** |

Please make all amounts payable to: Bergstein Flynn Knowlton & Pollina PLLC

Please pay within 21 days.