# Exhibit 25

# 6/10/2026 Before Change











**10:27** | 2026-06-10
星期三 阴 23℃

纽约市 · 37-06 Prince St

今日水印
— 相机 —



After 6/10/2026







10:09 | 2026-06-11
星期四 阴 29℃
New York · 37-06 Prince St

今日水印
－相机－



11:01 | 2026-06-12 星期五 晴 30℃

今日水印
－相机－



? tea

时　间: 2026.06.12 10:31
地　点: New York · 37-20 Prince St
经纬度: 40.760428°N,73.832919°W





