UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
:
SHENZHEN MOLLY TEA FOOD AND BEVERAGE    :
MANAGEMENT CO., LTD., *et al.*    :
:
             Plaintiffs,    :    26 Civ. 4051 (JPC)
:
    -v-    :    <u>ORDER</u>
:
MHL NY LLC, *et al.*,    :
:
             Defendants.    :
:
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 11, 2026, Plaintiffs filed a motion for a temporary restraining order and preliminary injunction based on the Shareholder Agreements and Bylaws governing each of the three Joint Venture Stores. *See* Dkt. 101. Defendants shall respond to the motion by 5:00 p.m. on July 15, 2026. Plaintiffs' reply, if any, is due at 12:00 p.m. on July 16, 2026.

The Court will hold a hearing on Plaintiffs' motion on July 17, 2026, at 1:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 12, 2026
     New York, New York

                           JOHN P. CRONAN
                      United States District Judge