# LAW OFFICES OF CHEN & ASSOCIATES, P.C.
## COUNSELORS & ATTORNEYS AT LAW

**Queens Office**
**37-12 Prince Street, Suite 9D**
**Flushing, New York 11354**
**Tel: (718)886-1858/4858**
**Fax: (800) 490-0564**

**Brooklyn Office**
**6402 8th Avenue, Suite 604**
**Brooklyn, NY 11220**
**Tel: (347) 899-4777**
**Fax: (800) 490-0564**

**www.ymclaw.com**
*Please direct all correspondence to our Queens Office*

**\*\* Yimin Chen**
**mindy@ymclaw.com**
**\*Binyue Xiao**
**brianna@ymclaw.com**
**\*Haizhan Zheng**
**allanzheng@ymclaw.com**
**Beini Zhang**
**betty@ymclaw.com**
**Lynn Yu**
**lynnyu@ymclaw.com**
**Sunny Lin**
**sunny@ymclaw.com**
**\*Admitted in NY**
**\*\*Admitted in NY&NJ**

July 13, 2026

Via ECF

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **Defendants' Letter in Opposition to Plaintiffs' Request to Adjourn the July 17, 2026 TRO Hearing**
> **Shenzhen Molly Tea Food and Beverage Management Co., Ltd., et al. v. MHL NY LLC, et al., Case No. 1:26-cv-04051 (JPC)**

Dear Judge Cronan:

This office represents Defendants MHL NY LLC, Molly Tea CU LLC, Genesis Brand Management LLC, Mei Hui Lin, Xiaozhe Liu a/k/a Ziaozhe Liu, and Binbin Xu in the above-captioned action.

Defendants respectfully submit this letter in response to Plaintiffs' July 13, 2026 request to adjourn the hearing on Plaintiffs' application for a temporary restraining order and preliminary injunction scheduled on July 17, 2026 at 1:00 p.m.

Defendants respectfully oppose the requested adjournment.

As Defendants advised Plaintiffs this morning:

> "Plaintiffs chose to seek emergency relief by filing an application for a temporary restraining order, thereby invoking the Court's emergency procedures. Defendants have rearranged schedules and travel plans in order to be prepared for the hearing. Having

1

sought emergency relief, Plaintiffs should be prepared to proceed on the schedule set by the Court. If Plaintiffs no longer believe that emergency relief is necessary, they should withdraw their TRO application, and we would be willing to discuss an orderly schedule for litigating the underlying issues. Otherwise, Defendants intend to proceed on July 17 as directed by the Court."

That remains Defendants' position.

Plaintiffs' asserted basis for adjournment is counsel's previously scheduled travel, which necessarily existed when Plaintiffs elected to seek emergency relief. Defendants have likewise rearranged schedules, incurred travel expenses, and devoted substantial resources to prepare for the hearing on the schedule established by the Court.

Accordingly, Defendants respectfully request that the Court deny Plaintiffs' request for an adjournment and proceed with the hearing as scheduled.

Respectfully submitted,

/s/ Yimin Chen_____
Yimin Chen
Counsel for Defendants

2