# BFKP

**BERGSTEIN
FLYNN
KNOWLTON+
POLLINA**

**Lee Bergstein**
Office: (212) 803-9025
Direct: (212) 803-9024
lee@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

July 13, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

*The request is granted. The Clerk of Court is respectfully directed to close Docket Number 107.*

*SO ORDERED.*
*July 13, 2026*
*New York, New York*

JOHN P. CRONAN
United States District Judge

> **Re:** ***Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; Case No. 1:26-cv-04051-JPC**

Dear Judge Cronan:

We represent the Plaintiffs in the above action and respectfully request leave to file a memorandum of law in opposition to Defendants' motion for reconsideration not exceeding fifteen (15) pages (excluding captions and tables), the same enlargement the Court granted Defendants for their moving brief. (ECF No. 85.)

Good cause exists. Defendants used their enlarged brief to advance multiple theories raised for the first time on reconsideration, each of which Plaintiffs must address, in addition to the specific issues the Court directed the parties to brief when it set the schedule on June 11, 2026. Plaintiffs' opposition addresses each of those questions, with the support of its expert declaration; Defendants' fifteen page brief, by contrast, engaged almost none of them, leaving Plaintiffs' opposition to carry that analysis.

This is Plaintiffs' first request of this kind.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By:  */s/ Lee Bergstein*
Lee Bergstein
Joseph M. DiPietro

cc:    All counsel of record
       (via ECF and e-mail)