# BFKP

**BERGSTEIN FLYNN KNOWLTON + POLLINA**

**Lee Bergstein**
Office: (212) 803-9025
Direct: (212) 803-9024
lee@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

July 13, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

> Re: *Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; **Case No. 1:26-cv-04051-JPC**

Dear Judge Cronan:

We represent the Plaintiffs in the above action and write regarding the hearing on our motion for a temporary restraining order and preliminary injunction set for July 17, 2026. Due to previously scheduled travel commitments, the undersigned attorneys are not available on that date. We respectfully request an adjournment of that hearing until July 20, 2026 at 2:00 p.m. or the earliest date thereafter convenient to the Court.

On July 13, 2026, I contacted counsel for the Defendants by email to request their consent to the instant adjournment request. The Defendants do not consent, claiming that "Defendants have rearranged schedules and travel plans in order to be prepared for the hearing." This is Plaintiffs' first such request for an adjournment of the hearing.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By: _/s/ Lee Bergstein_
Lee Bergstein
Joseph M. DiPietro

cc:    All counsel of record
       (via ECF and e-mail)

The Court has reviewed this request and Defendants' opposition, Dkt. 106. The request is granted. The conference scheduled for July 17, 2026, will instead take place on July 23, 2026, at 3:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to close Docket Number 105.

SO ORDERED.
July 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge