# EXHIBIT B

momo Follow




纽约茉莉奶白union square要来了？

今天在union square看到的...

地点 | 曼哈顿·Union Square

Say somethin... 85 11 18