# LAW OFFICES OF CHEN & ASSOCIATES, P.C.

**COUNSELORS & ATTORNEYS AT LAW**

**Queens Office**
**37-12 Prince Street, Suite 9D**
**Flushing, New York 11354**
**Tel: (718)886-1858/4858**
**Fax: (800) 490-0564**

**Brooklyn Office**
**6402 8th Avenue, Suite 604**
**Brooklyn, NY 11220**
**Tel: (347) 899-4777**
**Fax: (800) 490-0564**

www.ymclaw.com
***Please direct all correspondence to our Queens Office***

**** Yimin Chen**
**mindy@ymclaw.com**
***Binyue Xiao**
**brianna@ymclaw.com**
***Haizhan Zheng**
**allanzheng@ymclaw.com**
**Beini Zhang**
**betty@ymclaw.com**
**Lynn Yu**
**lynnyu@ymclaw.com**
**Sunny Lin**
**sunny@ymclaw.com**
***Admitted in NY**
****Admitted in NY&NJ**


July 15, 2026

Via ECF

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Letter Motion to Accept Defendants' Opposition Papers as Timely Filed or, Alternatively, to Accept the Late Filing Due to a CM/ECF Technical Issue Shenzhen Molly Tea Food and Beverage Management Co., Ltd., et al. v. MHL NY LLC, et al., Case No. 1:26-cv-04051 (JPC)**

Dear Judge Cronan:

This office represents Defendants MHL NY LLC, Molly Tea CU LLC, Genesis Brand Management LLC, Mei Hui Lin, Xiaozhe Liu a/k/a Ziaozhe Liu, and Binbin Xu in the above-captioned action.

Defendants respectfully submit this letter regarding the filing of Defendants' opposition to Plaintiffs' Second Application for a Temporary Restraining Order.

Beginning at approximately 4:38 p.m. on July 15, 2026, the undersigned made repeated attempts to electronically file Defendants' opposition papers through the Court's CM/ECF system in advance of the Court's 5:00 p.m. filing deadline. Despite those efforts, the undersigned was unable to access and complete the filing due to an apparent technical issue with CM/ECF. Defendants' co-counsel, Peter Sverd, independently experienced the same inability to access and file through CM/ECF during the same period.

After the filing deadline had passed and the technical issue persisted, at approximately 5:46 p.m., the undersigned emailed the Court's Chambers to advise the Court of the apparent CM/ECF issue and provided courtesy copies of Defendants' opposition papers, explaining that the papers would be electronically filed as soon as CM/ECF became accessible.

Once access to CM/ECF was restored, the undersigned promptly completed the electronic filing of Defendants' opposition papers.

Defendants respectfully request that the Court accept the opposition papers notwithstanding the brief delay. Defendants acted diligently by attempting to file the opposition well before the filing deadline, promptly notifying the Court when the apparent technical issue prevented timely electronic filing, and filing the papers at the earliest opportunity once CM/ECF became accessible. The brief delay resulted from circumstances outside Defendants' control, was not the result of bad faith or lack of diligence, and caused no prejudice to Plaintiffs.

Defendants apologize for the delay and appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Yimin Chen________
Yimin Chen
Counsel for Defendants

The request granted. The Court accepts Defendants' brief in opposition to Plaintiff's second motion for a temporary restraining order and preliminary injunction as timely filed. The Clerk of Court is respectfully directed to close Docket Number 112.

SO ORDERED.
July 16, 2026
New York, New York

JOHN P. CRONAN
United States District Judge