# LAW OFFICES OF CHEN & ASSOCIATES, P.C.

## COUNSELORS & ATTORNEYS AT LAW

**Queens Office**
**37-12 Prince Street, Suite 9D**
**Flushing, New York 11354**
**Tel: (718)886-1858/4858**
**Fax: (800) 490-0564**

**Brooklyn Office**
**6402 8th Avenue, Suite 604**
**Brooklyn, NY 11220**
**Tel: (347) 899-4777**
**Fax: (800) 490-0564**

**www.ymclaw.com**
*Please direct all correspondence to our Queens Office*

**\*\* Yimin Chen**
**mindy@ymclaw.com**
**\*Binyue Xiao**
**brianna@ymclaw.com**
**\*Haizhan Zheng**
**allanzheng@ymclaw.com**
**Beini Zhang**
**betty@ymclaw.com**
**Lynn Yu**
**lynnyu@ymclaw.com**
**Sunny Lin**
**sunny@ymclaw.com**
**\*Admitted in NY**
**\*\*Admitted in NY&NJ**

July 16, 2026

Via ECF

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>      Re:      **Letter Motion to Adjourn the July 23, 2026 Hearing**
>      **Shenzhen Molly Tea Food and Beverage Management Co., Ltd., et al. v.**
>      **MHL NY LLC, et al., Case No. 1:26-cv-04051 (JPC)**

Dear Judge Cronan:

This office represents Defendants MHL NY LLC, Molly Tea CU LLC, Genesis Brand Management LLC, Mei Hui Lin, Xiaozhe Liu a/k/a Ziaozhe Liu, and Binbin Xu in the above-captioned action.

Defendants respectfully request a brief adjournment of the hearing currently scheduled for July 23, 2026 at 3:00 p.m. to a date during the week of July 27, 2026, or such other date thereafter as is convenient for the Court.

The hearing presently conflicts with a previously scheduled appearance by the undersigned in the United States Bankruptcy Court for the District of New Jersey in In re 575 River Road Edgewater LLC, Case No. 25-20056 (VFP), where I am scheduled to appear at 11:00 a.m. on July 23 for a Chapter 11 motion hearing. That hearing was scheduled before this Court rescheduled the July 17 hearing to July 23. Accordingly, no conflict existed with the Court's original hearing date.

As lead counsel for Defendants, I have primary responsibility for the overall litigation strategy, coordination among Defendants' litigation team, and presentation of Defendants' position to the Court. Although Defendants have co-counsel with respect to certain aspects of the case, the issues presently before the Court involve the coordinated presentation of Defendants' overall defense and require the participation of lead counsel.

Pursuant to Your Honor's Individual Rules, Defendants sought Plaintiffs' consent to this request. Plaintiffs declined. Plaintiffs advised that they oppose any adjournment because they contend that "harm is accruing for every day this matter is delayed." Defendants respectfully note that Plaintiffs previously requested, and the Court granted, an adjournment of the original July 17, 2026 hearing due to Plaintiffs' counsel's travel schedule. Defendants requested this adjournment based on a previously scheduled court appearance in another federal court, rather than a scheduling preference. While Plaintiffs are certainly entitled to oppose this request, Defendants respectfully submit that a brief adjournment of several days will not materially prejudice Plaintiffs, particularly where the current hearing date resulted from Plaintiffs' own earlier request for an adjournment.

Defendants therefore respectfully request that the hearing be adjourned to a date during the week of July 27, 2026, or such other date as the Court deems appropriate.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Yimin Chen
Yimin Chen
Counsel for Defendants

2