

**Lee Bergstein**

Office: (212) 803-9025
Direct: (212) 803-9024
lee@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

July 17, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

      **Re:**    *Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; **Case No. 1:26-cv-04051-JPC**

Dear Judge Cronan:

      We write in response to Defendants' letter motion to adjourn the hearing scheduled for July 23, 2026 on Plaintiffs' motion for a temporary restraining order and preliminary injunctive relief to "the week of July 27, 2026 or such other date thereafter." (ECF No. 116.) Plaintiffs do not consent to the request and Ms. Chen's letter does not apprise the Court of certain accommodations suggested and material questions posed. Within hours of learning of Ms. Chen's conflict, the undersigned offered to consent to moving the hearing's start time from 3:00 p.m. to 4:00 p.m. to accommodate her morning appearance and asked why, if an adjournment was granted, Defendants could not accommodate July 24, the next day. A complete email chain between the attorneys following Ms. Chen's request is attached hereto as **Exhibit 1**. Defendants' letter discloses neither the offer nor the question and Defendants never substantively responded to either; the only reply from the defense was a single sentence from Mr. Sverd: "Mindy is team captain of the defense."

      The claimed conflict is an 11:00 a.m. Chapter 11 motion hearing in Newark. Ms. Chen did not explain – in the parties' correspondence or in her letter – why that appearance prevents her from attending a 3:00 p.m. conference (much less a 4:00 p.m. conference), why the following day would not work, and why an adjournment to the following week was necessary. Further, the docket in that bankruptcy proceeding reflects that the last hearing on an identical motion made by Ms. Chen's client concluded in less than two hours.

      Nor is Ms. Chen's individual attendance indispensable to the hearing. Defendants have three attorneys of record, and as the Court has seen firsthand, Mr. Sverd has presented the substantial majority of Defendants' arguments at the prior conferences and hearings in this matter.

An adjournment will prejudice Plaintiffs. No temporary restraining order is in place. Each adjourned day therefore extends the period in which the Defendants – who have confirmed in writing that they "will not, under any circumstances" comply with the Dissolution Notices "absent an order of a court of competent jurisdiction" –    continue to operate the Joint Venture Entities' stores and control their revenues in clear violation of the operative agreements.    An adjournment to the week of July 27 would result in a week or more of additional noncompliance on top of the two weeks that will already have elapsed since Plaintiffs filed.

Plaintiffs accordingly request that the hearing proceed on July 23 at 4:00 p.m. in order to accommodate Ms. Chen's conflict.    If the Court is inclined to adjourn, Plaintiffs respectfully request July 24 or the earliest available date, and if the hearing is moved beyond next week, that the Court resolve Plaintiffs' pending application for a temporary restraining order on the papers, so the delay Defendants seek does not run entirely in their favor.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By: ___ */s/ Lee Bergstein* ____
Lee Bergstein
Joseph M. DiPietro

cc:    All counsel of record
(via ECF and e-mail)

The Court has reviewed Defendants' adjournment request, Dkt. 116, and Plaintiffs' letter in opposition, Dkt. 117. The Court grants Defendants' request as modified. The conference scheduled for 3:00 p.m. on July 23, 2026, is adjourned to 4:00 p.m. on the same day. There will be no further adjournments absent extraordinary circumstances. The Clerk of Court is respectfully directed to close Docket Number 116.

SO ORDERED.
July 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge