UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHENZHEN MOLLY TEA FOOD AND BEVERAGE                                    :
MANAGEMENT CO., LTD., *et al.*,                                         :
                                                                       :
                                    Plaintiffs,                         :        26 Civ. 4051 (JPC)
                                                                       :
                    -v-                                                 :        ORDER
                                                                       :
MHL NY LLC, *et al.*,                                                   :
                                                                       :
                                    Defendants.                         :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Before the Court is Plaintiffs' motion for a temporary restraining order and preliminary injunction that would "prevent[] MHL from interfering in Mollytea Shops' contractual right to take over operation control over the Joint Venture Entities." Dkt. 101 at 2. In the irreparable-harm section of Plaintiffs' supporting brief, Plaintiffs cite multiple cases that support a finding of irreparable injury under the *Lanham Act*. *See id.* at 17-19. Given that Plaintiffs' motion relies on contracts governing the ownership and operation of the Joint Venture Stores, and not the Lanham Act, supplemental briefing is necessary to address whether, under a breach-of-contract theory, Defendants' alleged refusal to turn over to Plaintiffs operational control of the Joint Venture Stores during the pre-dissolution period constitutes irreparable harm to Plaintiffs.

By 10:00 a.m. on July 22, 2026, Plaintiffs shall file a brief, no longer than five pages, addressing that issue. Defendants may also submit a supplemental brief up to five pages in length by that deadline.

SO ORDERED.

Dated: July 20, 2026
          New York, New York                           _____
                                                                JOHN P. CRONAN
                                                          United States District Judge