UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SHENZHEN MOLLY TEA FOOD AND
BEVERAGE MANAGEMENT CO., LTD.,
MOLLYTEA SHOPS LLC, and MOLLY TEA             Civil Action No.: 1:26-cv-04051-JPC
HOLDING INC.,

                          Plaintiff(s),

          -and-

MHL NY LLC, MOLLY TEA CU LLC, GENESIS
BRAND MANAGEMENT LLC, MEI HUI LIN,
XIAOZHE LIU a/k/a ZIAOZHE LIU, and BINBIN     **AFFIDAVIT OF SERVICE**
XU,

                          Defendant(s).

-------------------------------------------------------------------X

STATE OF NEW YORK     )
                      s.s :
COUNTY OF ALBANY      )

     EDWARD J. BOWMAKER, being duly sworn, deposes and says that he is an agent of
KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York,
New York 10038, is over the age of eighteen years and is not a party to the action.

     That on the 1st day of July, 2026, at approximately 2:30 p.m., deponent served two (2) true
copies of the **Summons in a Civil Action; Corrected Verified Complaint with Jury Demand and
Exhibits 1-11 (together with a $40.00 processing fee as prescribed by law)** upon Molly Tea BK Inc.
c/o New York State Secretary of State at 99 Washington Avenue, 6th Floor, Albany, New York 12210
by personally delivering and leaving the same with Sean Isles, who stated that he is authorized to
accept service. Molly Tea BK Inc. was served pursuant to Section 306 of the Business Corporation
Law.

     Sean Isles appears to be a white male, approximately 35 years of age, is approximately 5 feet,
11 inches tall, weighs approximately 160 pounds, has black hair and a beard.

Sworn to before me this

___/___ day of July, 2026

*Edward Bowmaker*

EDWARD J. BOWMAKER

*Carla J. Vinetti*

**NOTARY PUBLIC, STATE OF NEW YORK**

CARLA J. VINETTI
Notary Public State of New York
No. 01VI6051462
Qualified in Albany County
Commission Expires Dec. 4, 20___