**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHENZHEN MOLLY TEA FOOD AND
BEVERAGE MANAGEMENT CO., LTD. *et al.*,

                  Plaintiffs,

                  -against-

MHL NY LLC, *et al.*,

                  Defendants.

1:26-cv-04051-JPC

**DECLARATION OF
BIAO ZHANG IN FURTHER
SUPPORT OF PLAINTIFFS'
MOTION FOR A TEMPORARY
RESTRAINING ORDER AND
PRELIMINARY INJUNCTION**

I, Biao Zhang, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I respectfully submit this declaration in further support of Plaintiffs' motion for a temporary restraining order and preliminary injunction, to describe the timing of the execution of the Shareholder Agreements.[1]

2.      I am over 18 years of age. I have personal knowledge of the facts and circumstances stated herein.

3.      My native language is Mandarin Chinese and I read Simplified Chinese. This declaration was originally drafted in English and has been translated into Simplified Chinese. I have read the Simplified Chinese translation of the declaration and understand its contents. A true and accurate copy of that Simplified Chinese translation, along with a certificate of translation accuracy, is annexed hereto as **Exhibit 1**.

4.      I am a principal of Plaintiff Shenzhen Molly Tea Food and Beverage Management Co., Ltd., the manager of Plaintiff Mollytea Shops LLC ("**Mollytea Shops**"), and a director of Plaintiff Molly Tea Holding Inc.

---

[1] Defined terms have the meanings ascribed to them in the First Amended Verified Complaint (ECF No. 100).

1

5.      On or about January 15, 2026, Plaintiff Mollytea Shops LLC, by me, and Defendant MHL NY LLC, by Defendant Xiaozhe Liu a/k/a Ziaozhe Liu, signed, exchanged, and entered into the three Shareholder Agreements, each respectively pertaining to one of the three Joint Venture Stores, located in Flushing, Brooklyn, and Manhattan Chinatown. (*See* Am. Compl., ECF No. 100, ¶ 48.) Those executed Shareholder Agreements are annexed to the First Amended Verified Complaint as Exhibits 3 through 5 (ECF Nos. 100-3 – 100-5). Defendant MHL NY LLC's return of the Shareholder Agreements, following execution by Defendant Liu, is reflected in the WeChat exchange dated January 15, 2026. (*See* June 1, 2026 Zhang Decl. ¶¶ 20, 34, ECF No. 59-3; Ex. 4 to June 1, 2026 Zhang Decl., ECF No. 59-7.)

6.      The preamble to each of the Shareholder Agreements for Molly Tea NYC Inc. (operating the Flushing Store) (ECF No. 100-3) and Molly Tea BK Inc. (operating the Brooklyn Store) (ECF No. 100-4) reflects that those agreements were "made effective" as of January 1, 2025. Exhibit A to each of those two Shareholder Agreements also reflects the date of January 1, 2025. The preamble to the Shareholder Agreement for Molly Tea Manhattan Chinatown, Inc. (operating the Chinatown Store) (ECF No. 100-5) reflects that that agreement was "made effective" as of March 1, 2025. Exhibit A to that Shareholder Agreement also reflects the date of March 1, 2025. The reflection of each of the aforementioned dates in the three Shareholder Agreements was an intentional business decision by the parties to those agreements to align the Joint Venture Entities' financial reporting periods with the commencement of each store's operations and capitalization and to memorialize that Mollytea Shops' ownership interest and the parties' economic arrangement ran from the dates on which joint-venture arrangement for each store began.

7.     No other shareholder agreements pertaining to the Joint Venture Stores have been entered into by Mollytea Shops or by any other Plaintiff or Defendant, including the Nominal Defendants.

8.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28·, 2026 in Shenzhen, People's Republic of China

_____
Biao Zhang

3