MᴄGᴇᴀʀʏ Cᴜᴋᴏʀ
INTELLECTUAL PROPERTY LAW

Michael Cukor

**McGeary Cukor LLC**
1460 Broadway
New York NY 10036
Direct: (973) 339-7367
Fax: (973) 200-4845
mcukor@mcgearycukor.com

August 3, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

RE:    *Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; **Case No. 1:26-cv-04051-JPC**

Dear Judge Cronan:

Along with co-counsel, we represent Defendants in the above captioned matter. Defendants respectfully submit the attached Petition for Cancellation for the Court's information. Earlier today, MHL NY LLC filed the Petition with the Trademark Trial and Appeal Board, seeking cancellation of U.S. Trademark Registration Nos. 7,996,117 and 8,205,316, which Plaintiffs have asserted in this action.

The Petition challenges the Registrations on grounds including non-ownership, lack of qualifying use, and nonuse of certain identified services. It alleges, among other things, that the April 6, 2024 use claimed in the underlying applications was made by Molly Tea NYC Inc., and that certain services included in the Registrations were not in use by Shenzhen in United States commerce as of the applicable filing dates.

MHL identified this action to the TTAB as a related proceeding. Defendants are not requesting any relief from this Court through this letter and will continue to comply with the Court's existing orders. They submit the filed Petition because the Registrations and Shenzhen's claimed ownership of the MOLLY TEA marks have been placed at issue in this action.

Respectfully,

Michael Cukor

cc:  Counsel of record via ECF