# Exhibit 1

Gmail **Joseph DiPietro <joseph@bfklawoffice.com>**

## Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.; No. 1:26-cv-04051-JPC

**Lee Bergstein** <lee@bfklawoffice.com> Mon, Aug 17, 2026 at 9:57 PM
To: ChenAttorney <chenattorney@yahoo.com>
Cc: Joseph DiPietro <joseph@bfklawoffice.com>, Peter Sverd <psverd@sverdlawfirm.com>, Michael Cukor <mcukor@mcgearycukor.com>, Jamie Kleidman <jamie@bfklawoffice.com>, Bradley Pollina <brad@bfklawoffice.com>, Lindsey Laveaux <lindsey@bfklawoffice.com>

Ms. Chen --

The Court's August 17 Order (Dkt. 142) directs each party to advise the Court by August 21 whether it wishes to call witnesses and the anticipated subject matter of each witness's testimony. It does not provide for either side to direct the other to produce witnesses.

We understand Defendants wish to examine Plaintiffs' declarants. As to Mr. Zhang, your email does not identify any disputed issue his testimony would address. Defendants have not disputed that the Shareholders Agreements were signed: Defendants' own July 27 submission (Dkt. 128) attached copies executed by MHL, Defendants' counsel acknowledged their execution on the record, and the Court observed that "it doesn't seem like there's a dispute as to the operable version of the shareholders agreements." Mr. Zhang also resides in China.

As to Mr. Gao, if the Court wishes to hear testimony concerning the proposed transition plan, Plaintiffs will make him available at the August 26 hearing. Plaintiffs would present his direct testimony, and Defendants may cross-examine him. We will advise the Court in our August 21 submission.

Please advise by 12:00 p.m. on Wednesday, August 19 whether Defendants (i) intend to call any witnesses of their own, including any of the individual Defendants or Defendants' declarants, and (ii) if so, the anticipated subject matter of each witness's testimony.

Lee

On Mon, Aug 17, 2026 at 7:14 PM ChenAttorney <chenattorney@yahoo.com> wrote:

> Dear Counsels,
>
> In connection with the August 26 hearing, Defendants intend to call Biao Zhang and Wenduo Gao as witnesses regarding the matters addressed in their respective declarations and the proposed transition plan.
>
> As Mr. Zhang and Mr. Gao are associated with Plaintiffs and Defendants do not have their contact information, please arrange for them to appear and be available to testify at the August 26 hearing.
>
> Please confirm by 12:00 p.m. tomorrow, August 18, whether they will be available so that we can make any necessary arrangements in advance of the August 21 submission to the Court.
>
> Thank you.
>
> Best,
>
> Yimin Chen
>
> Chen & Associates, P.C. 3712 Prince Street, Suite 9D, Flushing, NY 11354 Tel: (718)886-4858 Fax: (800)490-0564 *********************************************************************** The information being transmitted by this message is being sent by or on behalf of an attorney. It is

> intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, THEN YOU ARE NOT AUTHORIZED TO RETAIN, READ, COPY OR DISSEMINATE THIS MESSAGE OR ANY PART OF IT. If you have received this message in error, please notify us immediately by return email and destroy the original without disclosing to a third party.
> ***********************************************************************

--
Lee Bergstein
**PLEASE NOTE NEW ADDRESS**
Bergstein Flynn Knowlton & Pollina PLLC
780 Third Ave., Suite 902
New York, NY 10017
o 212.803.9025
d 212.803.9024
f 718.228.6126

**Counsel. Litigate. Collaborate.**

**WE WILL NEVER ASK YOU TO SEND OR ACCEPT A WIRE BY EMAIL. WIRE FRAUD IS RAMPANT. IF YOU GET AN EMAIL FROM SOMEONE ASKING YOU TO SEND OR ACCEPT A WIRE, CONTACT US BY PHONE IMMEDIATELY!**