UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MHL NY LLC, *et al.*,<br><br>Defendants. | : | 26 Civ. 4051 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The Court will allow relevant testimony at the hearing on Wednesday, August 26, 2026 at 10:30 a.m. from Xiaozhe Liu, and will hear from the parties as to whether any other testimony is necessary to resolve the pending motion. The parties are reminded that they are responsible for providing a qualified interpreter for any witnesses that require interpretation.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge