UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., *et al.*,

Plaintiffs,

-v-

MHL NY LLC, *et al.*,

Defendants.

26 Civ. 4051 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has received Plaintiffs' supplemental letter-brief on the enforceability of the shareholder agreements, Dkt. 151, and Defendants' response letter-brief, Dkt. 152. The Court will resume the hearing on Plaintiffs' second motion for a temporary restraining order and preliminary injunction, Dkt. 101, on October 9, 2026 at 2:30 p.m. In addition to the other issues implicated by the motion, the parties should be prepared to address the following issues at the hearing: (1) whether a contract is formed when it makes the date an express provision of the agreement and is signed without a date, (2) whether an effective date can be ascertained from the record, and (3) whether either party wishes to call further witnesses on the intended effective date of the Shareholders' Agreement.

Due to expected maintenance in Courtroom 12D, the Court will later provide an update on the courtroom in which this hearing will take place.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JOHN P. CRONAN
United States District Judge