UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., *et al.*,

Plaintiffs,

-v-

MHL NY LLC, *et al.*,

Defendants.

--------------------------------------------------------------------X

26 Civ. 4051 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has received the Declaration of Shuyun Chen in Further Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. Dkt. 155. If Defendants wish to present evidence in response to the Chen Declaration at the continuation of the hearing on October 9, 2026, they should so inform the Court by filing a letter by tomorrow, October 7, 2026, and indicating what evidence, including any additional testimony, they intend to offer.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JOHN P. CRONAN
United States District Judge