UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., *et al.*

Plaintiffs,

-v-

MHL NY LLC, *et al.*,

Defendants.

---

26 Civ. 4051 (JPC)

SECOND PRELIMINARY INJUNCTION ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiffs' second motion for a preliminary injunction, Dkt. 101, is denied because Plaintiffs have not established a clear or substantial likelihood of success on the merits for the reasons stated on the record at the hearing held earlier today. The Amended Preliminary Injunction Order issued on June 23, 2026, remains in effect. *See* Dkt. 83.

The Clerk of Court is respectfully directed to close Docket Number 101.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge