UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN MOLLY TEA FOOD AND BEVERAGE MANAGEMENT CO., LTD., *et al.*

Plaintiffs,

-v-

MHL NY LLC, *et al.*,

Defendants.

26 Civ. 4051 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court has received Plaintiffs' Proposed Order to Show Cause for Injunction Pending Appeal, Dkt. 167, Declaration of Joseph DiPietro in support of that motion for an injunction pending appeal, Dkt. 168, Plaintiffs' memorandum of law in support of that motion, Dkt. 169, and Plaintiffs' letter requesting an expedited briefing schedule on the motion, Dkt. 170. This motion makes largely the same arguments they made in seeking injunctive relief with respect to their second cause of action in the Amended Verified Complaint, Dkt. 100, alleging breach of three shareholder agreements by Defendant MHL NY LLC. Plaintiffs' interlocutory appeal challenges that denial. For the reasons stated on the record at the hearing on October 9, 2026, denying that prior motion for injunctive relief, *see* Dkt. 161 (hearing transcript), the Court denies Plaintiffs' latest request for an injunction pending appeal.

SO ORDERED.

Dated: October 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge