BERGSTEIN FLYNN KNOWLTON + POLLINA

Joseph DiPietro
Office: (212) 803-9025
Direct: (212) 803-9041
joseph@bfklawoffice.com
780 Third Avenue, Suite 902
New York, New York 10017

October 30, 2026

**Via ECF and E-Mail**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

The request is granted. The parties shall file their proposed protective order and ESI protocol stipulation by November 6, 2026. The Clerk of Court is respectfully directed to close Docket Number 171.
SO ORDERED.
November 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re:** ***Shenzhen Molly Tea Food and Beverage Management Co., Ltd. et al. v. MHL NY LLC et al.*; Case No. 26 Civ. 4051 (JPC)**

Dear Judge Cronan:

We represent the Plaintiffs in the above action. We respectfully request that the Court permit the Parties a one-week enlargement of time, to November 6, 2026, by which to file the proposed protective order and ESI protocol stipulation. Such documents are presently due to be filed by today, October 30, 2026, pursuant to the Civil Case Management Plan and Scheduling Order, dated October 26, 2026 (ECF No. 165).

Counsel for Defendants consents to this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**BERGSTEIN FLYNN KNOWLTON & POLLINA PLLC**

By: *_/s/ Joseph M. DiPietro_*
Joseph M. DiPietro
Lee Bergstein

cc: All counsel of record
(via ECF and e-mail)